# Exhibit 1

**Int. Cls.: 8, 9, 14, 16, 18, 20, 21, 24, 25, 26, 27 and 28**

**Prior U.S. Cls.: 1, 2, 3, 5, 13, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 32, 33, 36, 37, 38, 39, 40, 41, 42, 44 and 50**

**Reg. No. 2,864,029**

**United States Patent and Trademark Office** **Registered July 20, 2004**

## TRADEMARK
### PRINCIPAL REGISTER

# MANCHESTER UNITED

MANCHESTER UNITED PLC (UNITED KINGDOM COMPANY)
SIR MATT BUSBY WAY
OLD TRAFFORD
MANCHESTER, ENGLAND

FOR: TABLEWARE, NAMELY KNIVES, SPOONS AND FORKS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: ENCODED SMART CARDS FOR TELEPHONES; PRE-PAID TELEPHONE CALLING CARDS, MAGNETICALLY ENCODED; ENCODED ENCRYPTED SMART CARDS FOR TELEPHONES; ENCODED SMART CARDS FOR TELEPHONES; ENCRYPTED PREPAID TELEPHONE CARDS; PREPAID ENCODED TELEPHONE CARDS; ENCRYPTED CARDS, MAGNETICALLY ENCODED, FOR TELEPHONES; ENCODED CARDS FOR TELEPHONES; MAGNETIC ENCODED IDENTITY CARDS; CAMERAS AND PARTS AND FITTINGS THEREFOR; EXPOSED CAMERA FILM; ANTI-DAZZLE SUNGLASSES; EYEGLASSES; DIRECTIONAL COMPASSES AND BAROMETERS; CALL BELLS; BINOCULARS; CALCULATING MACHINES; VIDEOCASSETTE TAPES FEATURING ANIMATED CARTOONS; PRESCRIPTION AND NON-PRESCRIPTION EYE GLASSES AND SPECTACLES FOR ADULTS AND CHILDREN; PRESCRIPTION AND NON-PRESCRIPTION SUNGLASSES; CASES, CHAINS, CORDS AND FRAMES THEREFOR; CASES FOR PHOTOGRAPHIC APPARATUS AND INSTRUMENTS; CONTAINERS FOR CONTACT LENSES; OPTICAL GOODS, NAMELY GLASSES, SUNGLASSES, CONTACT LENSES; TELEVISIONS; VIDEO RECORDERS; SOUND RECORDING AND SOUND REPRODUCING APPARATUS AND INSTRUMENTS, NAMELY, STEREOS; CASSETTE RECORDERS, CD PLAYERS, MINI DISK PLAYERS, DVD PLAYERS; APPARATUS AND INSTRUMENTS FOR THE REPRODUCTION OF SOUND AND/OR IMAGES, NAMELY, VIDEO RECORDERS, DVD RECORDERS, VIDEO CAMERAS, DIGITAL CAMERAS; PARTS AND FITTINGS FOR THE AFORESAID GOODS; GRAMOPHONE AND PHONOGRAPHIC RECORDS; TAPE RECORDERS; BLANK MAGNETIC TAPES FOR RECORDING AND REPRODUCING SOUND OR VISION; VIDEOS AND VIDEO TAPES FEATURING FOOTBALL MATCHES, FOOTBALL PLAYERS, FOOTBALL STADIA; MUSICAL JUKE BOXES; RADIOS, RECORD AND CD PLAYERS; DIGITAL CAMERAS; DIGITAL VIDEO DISCS AND LASER DISCS FEATURING FOOTBALL MATCHES, FOOTBALL PLAYERS, FOOTBALL STADIA; REMOTE CONTROL APPARATUS FOR RECORD PLAYERS, TELEVISIONS, CD PLAYERS, DVD PLAYERS, VIDEO RECORDERS, MINI DISK PLAYERS; PHOTOGRAPHIC TRANSPARENCIES AND PHOTOGRAPHIC FILMS PREPARED FOR EXHIBITION PURPOSES; BLANK COMPUTER TAPES, AND DISCS AND PARTS AND FITTINGS THEREFOR; COMPUTER SOFTWARE FOR COMPUTERS; COMPUTER PERIPHERALS; MOUSE PADS; WRIST PADS FOR USE WITH A COMPUTER; COMPUTER MICE; KEYBOARD AND SCREEN COVERS; CUSTOMIZED FLOPPY DISCS AND CD-ROMS; CUSTOMIZED STORAGE BOXES FOR HOLDING COMPUTER EQUIPMENT; TELEPHONES; TELEPHONE ANSWERING MACHINES, TELEPHONE RECORDERS AND TELEPHONES INCORPORATING FACSIMILE MACHINES; MOBILE TELEPHONES; MOBILE TELEPHONE HOLDERS; MOBILE TELEPHONE POUCHES; MOBILE TELEPHONE LISTENING AND SPEAKING DEVICES, NAMELY HANDS FREE SETS, CAR KITS; MOBILE TELEPHONE DEVICES, NAMELY HANDS FREE SETS, CAR KITS AND AERIAL/ANTENNA CLIPS; COMPUTER GAME PROGRAMS; VIDEO GAME PROGRAMS; TIME RECORDING APPARATUS, NAMELY STOP WATCHES; MAGNETS; MAGNIFYING GLASSES; MEASURES AND MEASURING INSTRUMENTS, NAMELY SCALES; MECHANICAL SIGNS; NEON SIGNS; ELECTRIC SOCKETS; ELEC-

TRIC PLUGS AND ELECTRIC SWITCHES, TICKET DISPENSERS; VEHICLE BREAKDOWN WARNING APPARATUS, NAMELY WARNING TRIANGLES; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; EGG TIMERS, GRADUATED RULERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: WATCHES AND CLOCKS; HOROLOGICAL AND CHRONOMETRIC APPARATUS AND INSTRUMENTS, NAMELY WATCHES AND CLOCKS; JEWELRY; BADGES OF PRECIOUS METAL FOR USE THEREWITH; EARRINGS; TRINKETS, NAMELY, CHARMS, RINGS, BRACELETS; WATCH FOBS; PINS BEING JEWELRY; PENDANTS; JEWELRY CHARMS; BUCKLES OF PRECIOUS METAL, FOR CLOTHING; BUSTS AND STATUES OF PRECIOUS METAL; CANDLE STICKS AND CANDLE EXTINGUISHERS OF PRECIOUS METAL; CIGAR AND CIGARETTE HOLDERS OF PRECIOUS METAL; FLASKS AND GOBLETS, HAT AND SHOE ORNAMENTS, MATCHBOXES AND MATCH HOLDERS, WORKS OF ART, NAMELY STATUETTES, FIGURINES, NAPKIN HOLDERS AND NAPKIN RINGS, TANKARDS, URNS AND VASES, NUTCRACKERS, SALT CELLARS AND SALT SHAKERS, ALL THE AFORESAID GOODS BEING MADE WHOLLY OR PRINCIPALLY OF PRECIOUS METAL AND THEIR ALLOYS OR COATED THEREWITH; TIE PINS AND CLIPS; CUFF LINKS; METAL BELLS, KEYS AND KEY RINGS, KEY FOBS, KEY BLANKS AND KEY CHAINS, ALL BEING MADE WHOLLY OR PRINCIPALLY OF PRECIOUS METAL OR COATED THEREWITH; NON-MONETARY COINS AND COPPER TOKENS; COSTUME JEWELRY; SILVER ORNAMENTS; OBJECTS OF IMITATION GOLD, NAMELY EARRINGS, TRINKETS, CHARMS, RINGS, BRACELETS, PENDANTS, NECKLACES; MEDALS; WATCH STRAPS; PARTS AND FITTINGS OF ALL THE AFORESAID GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PRINTED MATTER, NAMELY NEWSPAPERS, MAGAZINES, PERIODICAL PUBLICATIONS, LEAFLETS, BROCHURES, DIRECT MAIL FLYERS, AND POSTERS, ALL IN THE FIELD OF FOOTBALL AND SPORTS; NON-FICTION BOOKS IN THE FIELD OF FOOTBALL, BIOGRAPHIES, AUTOBIOGRAPHIES, SPORT; PHOTOGRAPHS; PROGRAM BINDERS AND BINDING MATERIAL, NAMELY DIVIDERS AND FOLDERS; STATIONERY; INSTRUCTIONAL TEACHING MATERIALS, NAMELY BOOKS, EXERCISE BOOKS, MANUALS, LEAFLETS; MANUALS IN THE FIELD OF FOOTBALL; WRITING OR DRAWING BOOKS AND PADS; PLAYING CARDS; BIRTHDAY CARDS AND GIFT CARDS; GREETING CARDS; POSTCARDS; PRINTED TICKETS; PRINTED TIMETABLES; NOTE PADS AND NOTE BOOKS; PHOTO ENGRAVINGS, PHOTOGRAPH ALBUMS AND COLLECTOR'S ALBUMS; ADDRESS BOOKS; CHECK BOOK HOLDERS; ALMANACS; HOLDERS, CASES AND BOXES FOR PENS; BLOTTERS AND JOTTERS, NAMELY BLOTTING PAPER, PADS AND BLOCKS OF PAPER FOR JOTTING; ERASERS AND ERASING PRODUCTS, NAMELY ERASERS, CORRECTION FLUID; PENCIL SHARPENERS; DRAWING RULERS; BOOKS AND BOOKLETS IN THE FIELD OF FOOTBALL, BIOGRAPHIES, AUTOBIOGRAPHIES, SPORT; BOOK MARKERS AND BOOK ENDS; POSTERS; LETTER TRAYS; CALENDARS; PAPER WEIGHTS AND PAPER CLIPS; PAPER GIFT BAGS AND PLASTIC BAGS FOR PACKAGING; GIFT WRAP; GIFT TAGS AND PACKAGING PAPER; ENVELOPES, FOLDERS, LABELS, SEALS, BLACKBOARDS AND SCRAP BOOKS; HEIGHT CHARTS AND PRINTED CHARTS; PAPER CARRIER BAGS AND GARBAGE BAGS; PRINTS AND PICTURES; INK AND INK WELLS; PAPER KNIVES; POSTER MAGAZINES; PAPER SIGNS AND ADVERTISEMENT BOARDS, PAPER AND CARDBOARD; ADHESIVE TAPES AND DISPENSERS; OFFICE REQUISITES, NAMELY PENS, PENCILS, UNGRADUATED RULERS, ERASERS, PENCIL SHARPENERS, CRAYONS, INK; AND DIARIES; PADS OF PAPER; STICKERS AND STENCILS; PAPER BEER MATS; PAPER AND CARDBOARD COASTERS; CATALOGUE PROMOTING THE GOODS AND SERVICES OF OTHERS THAT ARE ASSOCIATED WITH FOOTBALL AND SPORTING ACTIVITIES; DECALCOMANIAS; IRON-ON TRANSFERS AND DIAGRAMS FOR CLOTHING AND MATERIAL ARTICLES; DRAWING INSTRUMENTS AND MATERIALS, NAMELY PENS, PENCILS, CRAYONS, PAINTS, PASTELS, INK; PAINT BOXES AND BRUSHES; PRINTED PATTERNS AND EMBROIDERY DESIGN PATTERNS; ENGRAVINGS AND ETCHINGS; PAPER TOWELS AND PAPER HANDKERCHIEFS; PAPER FLAGS; TOILET PAPER; MAPS; PAPER AND CARDBOARD PLACE MATS; GRAPHIC PRINTS, REPRESENTATIONS AND REPRODUCTIONS; LITHOGRAPHS AND LITHOGRAPHIC WORKS OF ART; PORTRAITS; PAPER TABLE CLOTHS AND NAPKINS; PRINTS, PRINTED HOLOGRAMS; PAPER PARTY NOVELTY HATS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: ARTICLES MADE OF LEATHER OR OF IMITATION LEATHER, NAMELY SUITCASES, TRUNKS AND TRAVELLING BAGS, SCHOOL BAGS AND SATCHELS, BACK PACKS AND BEACH BAGS, UMBRELLAS AND UMBRELLA COVERS, DUFFEL BAGS, TRAVEL BAGS FOR SOCCER BOOTS AND SHOES, WALLETS, WALLETS INCORPORATING CHECK BOOK COVERS, HANDBAGS AND SHOULDER BAGS, KEY CASES, PURSES, CREDIT CARD CASES, WALKING CANES AND STICKS, ATTACHE CASES AND BRIEFCASES; AND BANDS AND STRAPS OF LEATHER FOR ALL OF THE FOREGOING; COLLARS FOR ANIMALS; LEATHER TRIMMINGS FOR FOOTWEAR; LEADS AND LEASHES FOR ANIMALS, AND PARTS FOR ALL THE AFORESAID GOODS, HAT BOXES FOR TRAVEL, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: KEY RINGS, NOT OF METAL; NONMETAL LOCKS; PLAQUES; PICTURE FRAMES; MIRRORS; HEADBOARDS BEING FURNITURE; FURNITURE; WORKS OF ART OF WOOD, WAX, PLASTER OR PLASTIC; SLEEPING BAGS FOR CAMPING; BASKETS; BINS OF WOOD OR PLASTIC; DISPLAY STANDS AND BOARDS; SIGN BOARDS OF WOOD OR PLASTIC; PLACARDS OF WOOD OR PLASTIC; DECORATIVE WALL PLAQUES; NON-METAL BOTTLE CAPS AND CASINGS, IN THE NATURE

OF CLOSURES; BOTTLE RACKS; CORKS FOR BOTTLES; CONTAINERS, CASKS, CHESTS, CASES AND BOXES OF WOOD OR PLASTIC, BUSTS OF WOOD, WAX, PLASTER OR PLASTIC; CHAIRS; TABLES; NON-METAL CLOSURES FOR CONTAINERS; CLOTHES HOOKS, PEGS AND PINS, IN THE NATURE OF HANGERS; COAT HANGERS; HAT AND COAT STANDS; COTS AND CRADLES; PLAYPENS; CUPBOARDS; DRAPERY HARDWARE, NAMELY CURTAIN TIE-BACKS; PILLOWS AND CUSHIONS; SOFAS AND SETTEES; DECK CHAIRS; DECORATIONS OF PLASTIC FOR FOODSTUFFS; DIVANS; DOG KENNELS; MOBILES; STOOLS; DRINKING STRAWS; STATUES AND FIGURINES OF WOOD, WAX, PLASTER OR PLASTIC; FIREPLACE SCREENS; NON-METAL KNIFE HANDLES; NON-METAL AND NON-LUMINOUS HOUSE NUMBERS; JEWELRY CASES AND CASKETS, NOT OF METAL; KEY BOARDS FOR HANGING KEYS; MAGAZINE RACKS; NON-METAL NAME PLATES AND NUMBER PLATES; WICKER FURNITURE; STATUETTES, FIGURINES AND MODEL STADIA OF PLASTIC, WOOD, RESIN, PLASTER OR WAX MATERIALS; JEWELRY CASES AND JEWELRY BOXES, NOT OF PRECIOUS METAL; NON-METAL MONEY BOXES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: DOMESTIC UTENSILS, NAMELY PLATES, GLASSES, DISHES, MUGS, TUMBLERS, SALT CELLARS, SALT SHAKERS, PEPPER POTS; AND CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; CHINAWARE, IN THE NATURE OF DINNERWARE; BEVERAGE GLASSWARE; DINNERWARE OF PORCELAIN, POTTERY AND EARTHENWARE; COMB CASES AND COMBS; SPONGES (NOT FOR SURGICAL USE); DRINKING GLASSES; HALF PINT GLASSES; PINT GLASSES; MUGS; WHISKEY/WHISKY GLASSES; WINE GLASSES; CHAMPAGNE FLUTES; GLASS TUMBLERS; GLASS WHISKEY/WHISKY TUMBLERS; BRUSHES AND BROOMS; TOOTHBRUSHES AND TOOTHBRUSH HOLDERS; ARTICLES FOR CLEANING PURPOSES, NAMELY SPONGES, CLOTHS, CHAMOIS LEATHERS; WICKER BASKETS; BEER MUGS; INSULATED CONTAINERS FOR BEVERAGES; NON-METAL BINS FOR HOUSEHOLD USE; BOTTLE OPENERS; IRONING BOARDS; BOTTLES, SOLD EMPTY; PLASTIC SPORTS BOTTLES, SOLD EMPTY; NON-METAL BOXES FOR HOUSEHOLD USE; BREAD AND CUTTING BOARDS; TRAYS FOR HOUSEHOLD USE, NOT OF PRECIOUS METAL; STATUETTES, FIGURINES AND MODEL STADIA OF PORCELAIN, TERRACOTTA, GLASS, CHINA OR EARTHENWARE; DISHES; VANITY CASES; SOAP BOXES AND HOLDERS; SPICE RACKS; SQUEEZE BOTTLES, SOLD EMPTY; GLASS STOPPERS; STRAINERS; PICNIC BASKETS; PIE SERVERS; NON-METAL WATERING CANS; NON-METAL PIGGY BANKS; POLISHING MATERIALS, NAMELY POLISHING GLOVES, POLISHING LEATHER; POTS; POWDER COMPACTS, SOLD EMPTY, AND POWDER PUFFS; ROLLING PINS; SCOOPS AND SIPHONS; DRINKING VESSELS AND FLASKS; DUSTBINS; COCKTAIL SHAKERS; NAPKIN HOLDERS AND RINGS; PAPER PLATES; TOOTHPICK HOLDERS AND TOOTHPICKS; TANKARDS; TEA CADDIES AND TEA SERVICES, NOT OF PRECIOUS METAL; TEA POTS, NOT OF PRECIOUS METAL; EGG CUPS; ENAMELED GLASS; FLOWER POTS; GLOVES FOR HOUSEHOLD PURPOSES; ICE BUCKETS AND ICE CUBE MOULDS; JUGS AND KETTLES; CARD HOLDERS FOR TABLETOP USE; SHAVING BRUSHES AND SHAVING BRUSH STANDS/HOLDERS; SHOE HORNS; SHOE BRUSHES AND SHOE TREES; VASES; CANDY BOXES, NOT OF METAL, FOR HOUSEHOLD USE; CERAMICS FOR HOUSEHOLD PURPOSES, NAMELY DISHES, POTS, VASES; CHAMOIS LEATHER CLOTHS FOR CLEANING; COASTERS; COFFEE SERVICES AND COFFEE POTS, NOT OF PRECIOUS METAL; COOKING POTS AND UTENSILS, NAMELY PANS, FRYING PANS, SAUCEPANS; CORK SCREWS AND COOLERS FOR HOLDING FOODS AND BEVERAGES; DISHES AND POTS OF CROCKERY; CUPS; DECANTERS; PERFUME SPRAYERS, SOLD EMPTY AND PERFUME BURNERS; SALAD BOWLS; SALT CELLARS AND SHAKERS, NOT OF PRECIOUS METAL; TABLE UTENSILS, NAMELY SALT SHAKERS, SALT CELLARS, PEPPER POTS, VINEGAR AND OIL DRIZZLERS; TOILET UTENSILS, NAMELY TOILET BRUSHES, TOILET CASES, TOILET SPONGES, TOILET PAPER HOLDERS, TOOTHBRUSH HOLDERS; WORKS OF ART OF PORCELAIN, EARTHENWARE, CHINA, TERRACOTTA OR GLASS; BUCKETS; GIFTS OF CHINA, EARTHENWARE, PORCELAIN, TERRACOTTA, PEWTERWARE OR GLASS, NAMELY TANKARDS, GLASSES, TUMBLERS; BUTTER DISHES AND COVERS; BUTTON HOOKS, IN THE NATURE OF HOOKS FOR BUTTONS; CANDLE STICKS, NOT OF PRECIOUS METAL, AND CANDLE EXTINGUISHERS; CAGES FOR HOUSEHOLD PETS; COOKERY MOULDS; CUSTOMIZED STORAGE BOXES FOR HOUSEHOLD USE; SERVING TRAYS, NOT OF PRECIOUS METAL; NON-METAL PLUGS AND STOPPERS FOR SINKS AND DRAINS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES, NAMELY BED AND TABLE COVERS, BED LINEN, HOUSEHOLD LINEN, PILLOWCASES, PILLOW SHAMS, TABLE CLOTHS, TABLE RUNNERS, TABLE LINEN; AND TEXTILE ARTICLES, NAMELY BED AND TABLE COVERS, BED LINEN, HOUSEHOLD LINEN, PILLOWCASES, PILLOW SHAMS, TABLE CLOTHS, TABLE RUNNERS, TABLE LINEN; CURTAINS; TOWELS; TOWELS AND CLOTHS OF FLANNEL; CLOTH BANNERS; CLOTH FLAGS; BEACH TOWELS; VALANCES; SHEETS; DUVET COVERS; BATH AND BED LINEN; TABLE AND HOUSEHOLD LINEN; BED BLANKETS, CLOTHS AND COVERS; BED SPREADS; CLOTH BUNTING; CLOTH COASTERS; UNFITTED FABRIC COVERS FOR FURNITURE; EIDERDOWN COVERS; CLOTH HANDKERCHIEFS; CLOTH LABELS; CLOTH PLACE MATS; MATTRESS COVERS; UPHOLSTERY FABRICS; PILLOW CASES AND PILLOW SHAMS; QUILTS; FABRIC TABLE RUNNERS; CLOTH NAPKINS AND SERVIETTES; TABLE CLOTHS; FABRIC WALL HANGINGS, TEXTILE LININGS FOR GARMENTS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: VISORS; CLOTHING, NAMELY, LINGERIE, LOUNGEWEAR, HOSIERY, FOOTWEAR, HEAD WEAR, SHIRTS, BOOTS, UNDERWEAR, COATS, OVERALLS, COLLAR PROTECTORS AND COLLARS, EAR MUFFS; FOOTBALL BOOTS AND SHOES, METAL CLEATS FOR BOOTS AND SHOES, SHORTS, T-SHIRTS, SOCKS, SWEATERS, CAPS, HATS, SCARVES, JACKETS, DRESSING GOWNS, PAJAMAS, SANDALS, SLIPPERS, BOXER SHORTS, BABY BOOTS, CLOTH DIAPERS AND CLOTH BIBS, ROMPER SUITS, BABY PANTS AND SLEEP SUITS, DUNGAREES, SUSPENDERS, BELTS AND BERETS, WRIST BANDS, TRACK SUITS, TIES, CRAVATS, APRONS, BATHROBES, BATHING CAPS AND SUITS, BATHING TRUNKS, GALOSHES, GARTERS, GLOVES AND MITTENS, HEADBANDS, BOOTS, JERSEYS, JUMPERS, CARDIGANS, KNITTED WAISTCOATS, LEGGINGS, PARKAS, SHAWLS, SINGLETS, SKIRTS, VESTS, VISORS, WAISTCOATS, EXPANDING ARM BANDS FOR HOLDING SLEEVES, LEATHER SHOE AND BOOT LININGS; COMPETITOR LETTERS AND NUMBERS OF TEXTILE, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: CLOTH DECORATIVE BADGES; ROSETTES OF TEXTILE MATERIALS TO BE WORN AS ORNAMENTS OR BADGES, CLOTH PATCHES FOR CLOTHING, BUTTONS FOR CLOTHING, RIBBONS AND BRAIDS, HAIRBANDS, BELT CLASPS; SEWING BASKETS; BLOUSE, CLOTHING AND SHOE SNAPS; NEEDLE AND PIN CUSHIONS, HAIR BUCKLES, HAIR ORNAMENTS, SHOE ORNAMENTS, NOT OF PRECIOUS METAL, SEWING THIMBLES, HAT ORNAMENTS, NOT OF PRECIOUS METAL, FABRIC APPLIQUES, COMPETITOR NUMBERS AND LETTER NOT OF TEXTILE, SHOE LACES, HAIR NETS; BROOCHES AND BUCKLES FOR HAIR, SHOE OR BELTS, NOT OF PRECIOUS METAL; CLOTH EDGING FOR ORNAMENTING CLOTHING, TEA COSIES, EMBROIDERY; FANCY GOODS, NAMELY ARTIFICIAL FLOWERS, ARTIFICIAL FRUIT AND ARTIFICIAL GARLANDS, BARRETTES, HAIR SLIDES, BOWS FOR THE HAIR; BROOCHES IN THE NATURE OF CLOTHING ACCESSORIES, NOT OF PRECIOUS METAL AND NOT OF IMITATION JEWELRY; BUTTONS, EDGINGS, EYELETS AND HAIR FASTENERS; ELASTIC RIBBONS; SHOE FASTENERS; SLIDE FASTENERS; FEATHERS BEING CLOTHING ACCESSORIES; LACE AND LACE WORK; HAIR PINS; HAIR GRIPS; HAIR CURLING PINS; LACE EDGINGS AND LACE TRIMMINGS; MICA SPANGLES FOR TRIMMING CLOTHING; NUMERALS FOR MARKING LINEN; SHOE EYELETS; SHOE HOOKS; AND TASSELS; FRILLS FOR CLOTHING, HEADGEAR AND BAGS, FRINGES; BRAIDS, REINS FOR GUIDING CHILDREN, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: RUGS; BATH MATS; DOOR MATS; FLOOR COVERINGS, NAMELY RUNNERS AND CARPETS; WALLPAPER; WALL HANGINGS, NOT OF TEXTILE, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: BOARD GAMES AND CARD GAMES (OTHER THAN ORDINARY PLAYING CARDS); TOYS AND PLAYTHINGS, NAMELY BALLS FOR GAMES, BOARD GAMES, PLAYING CARDS, ELBOW GUARDS, FLIPPERS FOR SWIMMING, FLYING DISCS, ICE SKATES, JIGSAW PUZZLES, KALEIDOSCOPES, KITES, KNEE GUARDS, TEDDY BEARS, MARIONETTES, TOY MASKS, MODEL VEHICLES, PUPPETS, ROLLER SKATES, SCOOTERS, SHIN GUARDS; PARTY NOVELTY HATS; SHINGUARDS FOR ATHLETIC USE; GLOVES FOR ATHLETIC USE; BALLOONS; FOOTBALLS, TENNIS BALLS, BALLS FOR ATHLETIC USE; SPORTING ARTICLES (OTHER THAN CLOTHING), NAMELY BALLS FOR ATHLETIC USE, FOOTBALLS, SHIN GUARDS, ELBOW GUARDS, KNEE GUARDS, GLOVES FOR GAMES, GOLF BAGS, GOLF CLUBS, GOLF GLOVES; PLAYING BALLS; FOOTBALLS; TEDDY BEARS; DECORATIONS FOR CHRISTMAS TREES; CHRISTMAS CRACKERS, IN THE NATURE OF PARTY FAVORS; SYNTHETIC CHRISTMAS TREES AND STANDS; CUPS FOR DICE; DARTS; DICE; DOLLS AND DOLLS' CLOTHES; DOLLS' BEDS; DOLLS' HOUSES AND ROOMS; TABLES FOR INDOOR FOOTBALL; GOLF BAGS AND GLOVES; JOKES AND NOVELTIES, NAMELY EXPLOSIVE BONBONS (CHRISTMAS CRACKERS), CONFETTI, NOVELTIES FOR PARTIES AND DANCES; SPINNING TOPS; KITES; KNEE GUARDS AND PROTECTIVE PADDING FOR ATHLETIC USE; MARBLES; MARIONETTES AND PUPPETS; SKIS; SLIDES; SURFBOARDS; SKATEBOARDS; SNOWBOARDS; SKITTLES; TOY SLEIGHS; COSTUME MASKS; TOY MOBILES; RATTLES; ROLLER SKATES; IN-LINE SKATES; BODYBUILDING APPARATUS, NAMELY WEIGHT LIFTING BELTS, DUMB-BELLS; EXERCISE APPARATUS, NAMELY EXERCISE BICYCLES, EXERCISERS (EXPANDERS); PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; CONFETTI; TOY BALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF ERPN CMNTY TM OFC REG. NO. 001333640, DATED 12-2-2002, EXPIRES 12-2-2012.

OWNER OF U.S. REG. NO. 1,994,336.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MANCHESTER", APART FROM THE MARK AS SHOWN.

SER. NO. 76-321,234, FILED 10-4-2001.

MICHAEL ENGEL, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# MANCHESTER UNITED

**Reg. No. 5,029,049**

**Registered Aug. 30, 2016**

**Int. Cl.: 18, 20, 21, 28**

**Trademark**

**Principal Register**

MANCHESTER UNITED LIMITED (UNITED KINGDOM LIMITED COMPANY )
Sir Matt Busby Way Old Trafford
Manchester M16 0RA
UNITED KINGDOM

CLASS 18: Bags made of leather and of imitation leather; suitcases, trunks and travelling bags; school bags and satchels; back packs and beach bags; umbrellas and umbrella covers; duffel bags; leather and imitation leather boot bags; boot bags for travel; holdalls; wallets; sports bags; athletic bags; gym bags; wash bags for carrying toiletries; leather shoulder belts; straps of leather; key cases; travel cases; purses; leather or leather-board boxes; pouches of textile, leather and imitation leather; credit card holders; cheque book holders; attache cases and brief cases; bands and straps of leather; leather for shoe and boot linings; collars and covers for animals; leather laces, leads and leashes

CLASS 20: Non-metal locks; plaques of wood, wax and plastic; picture frames; mirrors; headboards being furniture; furniture; bedroom furniture; outdoor furniture; works of art of wood, wax, plaster or plastic; sleeping bags for camping; bins of wood or plastic; display stands and boards; sign display boards of wood or plastic; placards of wood or plastic; decorative wall plaques of wood, wax or plastic; non-metal bottle caps; bottle casings of wood; bottle racks; corks for bottles; packaging containers of plastic; casks not made of metal; non-metal chests; general purpose wood and plastic cases; wood and plastic boxes; busts of wood, wax, plaster or plastic; chairs; tables; non-metal and non-paper closures for containers; non-metal clothes hooks and pegs; coat hangers; hat and coat stands; cots and cradles; playpens; cupboards; curtain tie backs in the nature of non-textile curtain holders; pillows and cushions; sofas and settees; deck chairs; drinking straws; statues and figurines of wood, wax, plaster and plastic; fire screens; non-metal knife handles; non-metal and non-luminous house numbers; caskets; non-metal key holders, namely, key boards for hanging keys; magazine racks; non-metal name plates and number plates; non-metal bottle stoppers; statuettes, figurines, and sculptures in the nature of model stadia, all of plastic, wood, resin, plaster and wax materials; non-metal money boxes of wood or plastic

CLASS 21: Containers for household or kitchen use; chinaware, in the nature of dinnerware; beverage glassware; dinnerware of porcelain, pottery and earthenware; ornaments and garden ornaments of porcelain, pottery and earthenware, except Christmas tree ornaments; pet feeding and drinking bowls of porcelain, pottery and earthenware; comb cases and combs; bath sponges; drinking glasses; drinking glasses, namely, half pint glasses; drinking glasses, namely, pint glasses; mugs; drinking glasses, namely, whiskey glasses; wine glasses; champagne flutes; drinking glasses, namely, glass tumblers; drinking glasses, namely, glass whiskey tumblers; hair brushes; clothes brushes; shoe brushes; brooms; toothbrushes and toothbrush holders; articles for cleaning purposes namely, sponges, cloths and chamois leathers; baskets for domestic use; beer mugs; heated insulated containers for beverages for domestic use; refuse bins; bottle openers; bottles, sold empty; plastic bottles for sports, sold empty; lunch boxes; bread and cutting boards; trays for domestic purposes; statuettes, figurines, and sculptures in the nature of model stadia, all of porcelain, terracotta, glass, china or earthenware; dishes; fitted vanity cases; soap boxes and holders; spice sets, namely, spice racks; non-electric fruit squeezers; glass stoppers; fitted picnic baskets; picnic baskets sold empty; piggy banks; pots; powder compacts and puffs; drinking vessels and flasks; dustbins; cocktail shakers; napkin holders and rings; paper plates; toothpick holders and toothpicks; tankards; tea pots; egg cups and enamelled glass; flower pots; ice buckets and ice cube moulds; jugs and kettles; shaving brushes and shaving brush stands and holders; shoe horns;

Michelle K. Lee

Director of the United States
Patent and Trademark Office

shoe brushes and shoe trees; vases; candy boxes; plastic coasters; cork screws; non-electric portable coolers for food and drinks; crockery, namely, plates and bowls; cups; decanters; perfume sprayers and burners; salad bowls; salt cellars and shakers; toilet utensils, namely, toilet brushes, toilet sponges, toilet paper holders; works of art of porcelain, earthenware, china, terracotta and glass; buckets; gifts of China, earthenware, porcelain, terracotta, and glass, in the nature of boxes, plaques, ornaments, statues, statuettes, figurines, and model stadia in the nature of sculptures; butter dishes and butter dish covers; button hooks; flasks, goblets and tankards being made wholly or principally of precious metal and their alloys or coated therewith

CLASS 28: Board games and card games other than ordinary playing cards; video game machines; video game consoles; hand held units for playing video games other than those adapted for use with an external display screen or monitor; soft sculpture toys; plush toys; modelled plastic toy figurines; toy mobiles; pet toys; paper and plastic party novelty hats; shin guards for athletic use; gloves for soccer; balloons; balls for sports; sporting articles other than clothing, namely, balls for soccer, goals and goal nets for soccer; elbow guards for sports; bags specifically adapted for carrying sporting articles; footballs; teddy bears; decorations for Christmas trees except confectionery and electric Christmas tree lights; Christmas crackers; cups for dice; darts; dice; dolls and dolls' clothes; tables for indoor football; golf bags and gloves; party novelties, namely, party favors in the nature of small toys, crackers and noisemakers; spinning tops; kites; knee guards and protective padding for playing soccer; marbles; marionettes and puppets; skis; playground slides; surfboards; skateboards; snowboards; skittles; bob-sleighs; roller skates; in-line skates; bodybuilding apparatus; manually-operated exercise equipment; playing cards

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1082812 DATED 01-07-2011, EXPIRES 01-07-2021

No claim is made to the exclusive right to use the following apart from the mark as shown: "MANCHESTER"

SER. NO. 79-167,875, FILED 04-17-2015
JOANNA ELISA FIORELLI, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# MUFC

**Reg. No. 4,797,705**

**Registered Aug. 25, 2015**

**Int. Cls.: 8, 9, 14, 16, 18, 21, 24, 25, 27, 28 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

Director of the United States Patent and Trademark Office

MANCHESTER UNITED LIMITED (UNITED KINGDOM PRIVATE LIMITED COMPANY)
SIR MATT BUSBY WAY, OLD TRAFFORD
MANCHESTER, UNITED KINGDOM M160RA

FOR: TABLE UTENSILS, NAMELY, CUTLERY, KNIVES, FORKS, SPOONS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; TELEVISIONS; RADIOS; ELECTRICAL AND ELECTRONIC APPARATUS FOR USE IN THE RECEPTION OF SATELLITE, TERRESTRIAL OR CABLE BROADCASTS; SIGNAL DECODERS; APPARATUS FOR PROCESSING DIGITAL VIDEO SIGNALS; CD PLAYERS; CD-ROM PLAYERS; DVD PLAYERS; DVD RECORDERS; MP3 PLAYERS AND MP3 READERS; COVERS AND CASES FOR MP3 PLAYERS AND MP3 READERS; AUDIO AND VIDEO FILE RECORDERS AND PLAYERS; HEADPHONES; EARPHONES; AUDIO RECORDINGS FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES; VIDEO RECORDINGS FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES; AUDIO AND VIDEO RECORDINGS FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES; RECORDED PROGRAMS FOR TELEVISION AND FOR RADIO FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES; MOTION PICTURE FILMS; VIDEO RECORDINGS FEATURING ANIMATED CARTOONS; PRERECORDED COMPACT DISCS, DVDS, CD ROMS, AND MEMORY CARDS FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES; DOWNLOADABLE AUDIO AND VIDEO RECORDINGS FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES; DOWNLOADABLE RING TONES, MUSIC, SOUND RECORDINGS FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES, MP3S FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES, COMPUTER GRAPHICS, GAMES AND VIDEO IMAGES FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES; COMPUTER SCREEN SAVER SOFTWARE; DOWNLOADABLE ELECTRONIC PUBLICATIONS FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES; CAMERAS AND VIDEO CAMERAS; COVERS AND CASES FOR CAMERAS AND VIDEO CAMERAS; COVERS AND CASES FOR PHOTOGRAPHIC APPARATUS AND INSTRUMENTS; VIDEO PROJECTORS, VIDEO SCREENS; EXPOSED CAMERA FILM; DIGITAL PHOTO FRAMES; ANTI-DAZZLE SHADES, GLASSES AND VISORS; BINOCULARS; EYE GLASSES, SPECTACLES AND SUNGLASSES AND CASES, CHAINS, CORDS AND FRAMES THEREFOR; CONTAINERS FOR CONTACT LENSES; HOLOGRAM APPARATUS; COMPUTERS; PORTABLE COMPUTERS; COVERS AND CASES FOR PORTABLE COMPUTERS; LAPTOP COMPUTERS, TABLET COMPUTERS AND PERSONAL DIGITAL ASSISTANTS;

**Reg. No. 4,797,705**

COMPUTER PERIPHERALS; MOUSE MATS AND WRIST PADS SUPPORTS FOR COMPUTER MOUSE USERS; COMPUTER MICE; KEYBOARD AND SCREEN COVERS; COMPUTER SOFTWARE FEATURING SOUND RECORDINGS AND VIDEO RECORDINGS FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES; COMPUTER PROGRAMS FOR ACCESSING SPORTS-RELATED INFORMATION, DATA, GRAPHICS, IMAGES, TEXT, GAMES AND SOUND RECORDINGS AND VIDEO RECORDINGS FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES THAT MAY BE DOWNLOADED FROM THE INTERNET AND OTHER COMPUTER AND COMMUNICATIONS NETWORKS; DOWNLOADABLE COMPUTER APPLICATION SOFTWARE FOR ACCESSING SPORTS-RELATED INFORMATION, DATA, GRAPHICS, IMAGES, TEXT, GAMES AND SOUND RECORDINGS AND VIDEO RECORDINGS FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES THAT MAY BE DOWNLOADED FROM THE INTERNET AND OTHER COMPUTER AND COMMUNICATIONS NETWORKS; APPLICATION SOFTWARE FOR MOBILE COMMUNICATION DEVICES FOR USE IN ACCESSING SPORTS-RELATED INFORMATION, DATA, GRAPHICS, IMAGES, TEXT, GAMES AND SOUND RECORDINGS AND VIDEO RECORDINGS FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES THAT MAY BE DOWNLOADED FROM THE INTERNET AND OTHER COMPUTER AND COMMUNICATIONS NETWORKS; COMPUTER GAMES PROGRAMS; PRE-RECORDED GAMES ON CD, SOFTWARE, CARTRIDGES AND MEMORY CARDS; BLANK ELECTRONIC STORAGE MEDIA; BLANK MEMORY CARDS; CUSTOMIZED STORAGE BOXES FOR ELECTRONIC STORAGE MEDIA, CDS, DVDS AND DISKS; VIDEO GAMES FOR VIDEO GAME MACHINES; TELEPHONES AND TELEPHONE APPARATUS; MOBILE PHONES; MOBILE PHONE COVERS; MOBILE PHONE CASES; HOLDERS ADAPTED FOR MOBILE PHONES; STRAPS FOR MOBILE PHONES; MOBILE PHONE HEADSETS; SMART CARDS; MAGNETICALLY ENCODED PRE-PAID TELEPHONE CALLING CARDS; MAGNETICALLY ENCODED PRE-PAID TELEPHONE CALLING CARDS THAT ARE ENCRYPTED; ENCRYPTED CARDS; MAGNETICALLY ENCODED IDENTITY CARDS; TIME RECORDING APPARATUS; DECORATIVE MAGNETS; BATTERIES; BATTERY CHARGERS; AND PARTS FOR ALL OF THE AFORESAID GOODS; HEADGEAR, NAMELY, PROTECTIVE HELMETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY, PRECIOUS STONES; WATCHES AND CLOCKS; WATCH STRAPS; COSTUME JEWELRY; IMITATION JEWELRY; RINGS; EAR RINGS; BRACELETS; BROOCHES; NECKLACES; KEY RINGS, TRINKETS AND FOBS OF PRECIOUS METALS; PINS AND PENDANTS; JEWELRY CHARMS; LAPEL PINS; TIE PINS AND TIE CLIPS; CUFF LINKS; JEWELRY CASES; BADGES, KEY CHAINS, JEWELRY CASES, JEWELRY BOXES, WORKS OF ART, TROPHIES, ALL OF THE AFORESAID GOODS BEING MADE WHOLLY OR PRINCIPALLY OF PRECIOUS METAL AND THEIR ALLOYS OR COATED THEREWITH; COLLECTABLE COINS; MEDALS AND MEDALLIONS; AND PARTS FOR ALL OF THE AFORESAID GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PHOTOGRAPHS; STATIONERY; PRINTED INSTRUCTIONAL AND TEACHING MATERIALS IN THE FIELD OF SPORTS; BINDERS; PROGRAM BINDERS; MANUALS FEATURING INFORMATION IN THE FIELD OF SPORTS; BLANK WRITING BOOKS AND PADS; DRAWING BOOKS AND PADS; INSTRUMENTS AND/OR MATERIALS FOR WRITING OR DRAWING, NAMELY, PENS, PENCILS, CRAYONS, PAINTS, PASTELS, INK; BLANK CARDS; BIRTHDAY CARDS; GREETING CARDS; POSTCARDS; PRINTED TICKETS; NOTEPADS, NOTE BOOKS; ALBUMS; PHOTOGRAPH ALBUMS; PHOTO ENGRAVINGS; ADDRESS BOOKS; AUTOGRAPH BOOKS; EPHEMERA, NAMELY, AUTOGRAPHS OF FAMOUS INDIVIDUALS AND PAPER ITEMS AUTOGRAPHED BY FAMOUS INDIVIDUALS; ALMANACS; DIARIES; PERSONAL ORGANIZERS; PENS; PENCILS; HOLDERS, CASES AND BOXES FOR PENS AND/OR PENCILS; BLOTTERS, JOTTERS, NAMELY, PAPER NOTEBOOKS; ERASERS; PENCIL SHARPENERS; DRAWING RULERS; BOOK MARKERS; BOOK ENDS; POSTERS; CALENDARS; PAPER WEIGHTS; PAPER CLIPS; PAPER GIFT TAGS; PAPER GIFT BAGS; PAPER AND PLASTIC BAGS FOR PACKAGING; PAPER GIFT WRAP; PAPER FOR WRAPPING AND PACKAGING; ENVELOPES; FOLDERS, PAPER LABELS, COMIC BOOKS; SCRAP BOOKS; SCORE CHARTS FOR DISPLAYING DATA; HEIGHT CHARTS; CARRIER BAGS OF PAPER AND PLASTIC; INK FOR PENS, INKWELLS; PAPER

**Reg. No. 4,797,705** KNIVES; POSTER MAGAZINES; PAPER AND CARDBOARD SIGNS, PAPER AND CARDBOARD ADVERTISEMENT BOARDS; ADHESIVE TAPE, DISPENSERS FOR ADHESIVE TAPE FOR STATIONERY OR HOUSEHOLD PURPOSES; BEER MATS OF PAPER; CATALOGUES IN THE FIELD OF APPAREL; TRADING CARDS; COLLECTABLE TRADING CARDS; STICKERS AND TRANSFERS; DECALCOMANIAS; PRINTED CERTIFICATES; PRINTED MENUS; PRINTED GIFT VOUCHERS; PAINT BOXES; PATTERNS AND EMBROIDERY DESIGN PATTERNS; PRINT ENGRAVINGS AND ETCHINGS; PLACE MATS, COASTERS, TABLE CLOTHS, NAPKINS, HANDKERCHIEFS, ALL MADE FROM PAPER; PAPER FLAGS AND PENNANTS; PAPER BANNERS; PLACE MATS AND COASTERS OF CARDBOARD; PRINTS AND PICTURES; ART PRINTS; GRAPHIC ART PRINTS, GRAPHIC ART REPRESENTATIONS AND GRAPHIC ART REPRODUCTIONS; PORTRAITS; MONEY CLIPS; PRE-PAID TELEPHONE CALLING CARDS, NOT MAGNETICALLY ENCODED; FLAGS AND PENNANTS OF PAPER; TABLE CLOTHS OF PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATION LEATHER BAGS; TRUNKS AND TRAVELLING BAGS; UMBRELLAS, ARTICLES OF LUGGAGE; TRAVEL CASES; SUITCASES; GARMENT BAGS FOR TRAVEL; BAGS FOR SPORTS; MESSENGER BAGS; SCHOOL BAGS AND SATCHELS; BACK PACKS; RUCKSACKS; BEACH BAGS; SPORTS BAGS; ATHLETIC BAGS; GYM BAGS; BOOT BAGS; DUFFEL BAGS; HOLDALLS; TOILETRY BAGS SOLD EMPTY; VALISES; ATTACHÉ CASES; BRIEFCASES; WALLETS; PURSES; KEY CASES; POUCHES OF LEATHER AND TEXTILE; CREDIT CARD CASES AND HOLDERS; COLLARS AND COVERS FOR ANIMALS; LACES, LEADS AND LEASHES, ALL MADE FROM LEATHER; AND PARTS FOR ALL OF THE AFORESAID GOODS; IDENTIFICATION CARD HOLDERS IN THE NATURE OF FLEXIBLE CARD CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; COMBS; BATH SPONGES; HAIR BRUSHES; CLOTHES BRUSHES; SHOE BRUSHES; BEVERAGE GLASSWARE; DINNERWARE OF PORCELAIN, POTTERY AND EARTHENWARE; DOMESTIC CONTAINERS FOR FOOD OR BEVERAGES; CHINAWARE, IN THE NATURE OF DINNERWARE; DRINKING GLASSES; HALF PINT GLASSES; PINT GLASSES; MUGS; WHISKY GLASSES; WINE GLASSES; CHAMPAGNE FLUTES; GLASS TUMBLERS; NON-ELECTRIC TOOTHBRUSHES AND TOOTHBRUSH HOLDERS; BEER MUGS; HEATED INSULATED CONTAINERS FOR BEVERAGES; BOTTLE OPENERS; BOTTLES SOLD EMPTY; DRINKING BOTTLES; PLASTIC SPORTS DRINKING BOTTLES; BOTTLE COVERS, NAMELY, INSULATING SLEEVE HOLDERS FOR BOTTLES; PORTABLE COOLERS; BOXES, PLAQUES, ORNAMENTS, STATUES, STATUETTES, FIGURINES, TROPHIES AND MODEL STADIA OF PORCELAIN, TERRACOTTA, GLASS, CHINA OR EARTHENWARE; DISHES; PIGGY BANKS; POTS; DRINKING VESSELS AND FLASKS; COCKTAIL SHAKERS; NAPKIN HOLDERS AND NAPKIN RINGS NOT OF PRECIOUS METAL; PAPER PLATES; TANKARDS; NON-ELECTRIC TEA POTS; ICE BUCKETS AND ICE CUBE MOULDS; JUGS AND KETTLES; VASES; COASTERS OF LEATHER AND PLASTIC; CORKSCREWS; NON-ELECTRIC COOLERS FOR FOOD AND DRINKS; CROCKERY, NAMELY, PLATES; CUPS; SALT CELLARS AND SHAKERS; TOILET UTENSILS, NAMELY, TOILET BRUSHES, TOILET SPONGES, TOILET PAPER HOLDERS; WORKS OF ART OF PORCELAIN, EARTHENWARE, CHINA, TERRACOTTA OR GLASS; GIFTS OF PEWTER WARE, NAMELY, BOXES, PLAQUES, ORNAMENTS, STATUES, STATUETTES, FIGURINES, TROPHIES AND MODEL STADIA, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: BED COVERS; CURTAINS; TOWELS; FLANNELS; BANNERS OF TEXTILE; FLAGS AND PENNANTS OF PLASTIC AND TEXTILE; BEACH TOWELS; FABRIC VALANCES; BED SHEETS; DUVET COVERS; BATH LINEN; BED LINEN; TABLE AND HOUSEHOLD LINEN; BED BLANKETS; BED SPREADS; CLOTH BUNTING; CLOTH COASTERS; UNFITTED FABRIC COVERS FOR FURNITURE; HANDKERCHIEFS; CLOTH LABELS; CLOTH MATS; FABRICS FOR TEXTILE USE; PILLOW CASES AND PILLOW SHAMS; COVERS FOR CUSHIONS; QUILTS; TRAVELLING RUGS; LAP RUGS; FABRIC TABLE RUNNERS; TABLE NAPKINS OF TEXTILE AND SERVIETTES OF TEXTILE; TABLE CLOTHS, NOT OF PAPER; TEXTILE WALL HANGINGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

**Reg. No. 4,797,705**

FOR: CLOTHING, NAMELY, SPORTS SHIRTS, TOPS, BOTTOMS; FOOTWEAR; HEADWEAR; ARTICLES OF SPORTS CLOTHING, NAMELY, SPORTS JERSEYS, SPORTS VESTS, SPORTS PANTS; SOCCER UNIFORMS; ARTICLES OF UNDERCLOTHING; LINGERIE; HOSIERY; FOOTWEAR BEING ARTICLES OF CLOTHING; BOOTS; SHOES; UNDERWEAR; COATS; OVERALLS; COLLAR PROTECTORS AND COLLARS; EAR MUFFS; SOCCER BOOTS AND SHOES; STUDS FOR SOCCER BOOTS AND SHOES; SHIRTS; SHORTS; T-SHIRTS; SOCKS; SWEATERS; REPLICA SOCCER KITS COMPRISED OF SHIRTS, SHORTS AND SOCKS; SOCCER SHIRTS; SOCCER SHORTS; SOCCER SOCKS; CAPS; HATS; SCARVES; JACKETS; DRESSING GOWNS; PAJAMAS; SANDALS; SLIPPERS; BOXER SHORTS; BEACH CLOTHES, NAMELY, SWIMWEAR; BEACH SHOES; BABY BOOTS; CLOTH BIBS; ROMPER SUITS; BABY PANTS AND SLEEP SUITS; DUNGAREES; BRACES; BELTS; BERETS; WRIST BANDS; TRACK SUITS; TIES; CRAVATS; APRONS; BATHROBES; BATHING CAPS AND SUITS; BATHING TRUNKS; GALOSHES; GARTERS; GLOVES AND MITTENS; HEAD-BANDS; JERSEYS; JUMPERS; KNIT TOPS; LEGGINGS; FINISHED TEXTILE LININGS FOR GARMENTS; PARKAS; SHAWLS; SINGLETS; SKIRTS; UNIFORMS; VESTS; VISORS; WAISTCOATS; WATERPROOF CLOTHING, NAMELY, WATERPROOF COATS AND JACKETS, WATERPROOF TROUSERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: CARPETS, RUGS, MATS AND MATTING, LINOLEUM FOR COVERING EXISTING FLOORS; NON-TEXTILE WALL HANGINGS; WALLPAPER, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: BALLS FOR GAMES; SOFT TOYS; PLUSH TOYS; SPORTING ARTICLES, NAMELY, FOOTBALLS, BALLS FOR SOCCER, GOALS AND GOAL NETS FOR SOCCER; DECORATIONS FOR CHRISTMAS TREES EXCEPT CONFECTIONERY AND ELECTRIC CHRISTMAS TREE LIGHTS; BALLS FOR SPORT; PLAYING BALLS; SOCCER BALLS; MINIATURE SOCCER BALLS; MINIATURE REPLICA SOCCER KITS; MINIATURE REPLICA SOCCER SHIRTS; GOAL POSTS; GLOVES FOR SOCCER; SHIN GUARDS; KNEE GUARDS AND PROTECTIVE PADDING FOR SPORTS; ELBOW GUARDS FOR SPORTS; BAGS SPECIFICALLY ADAPTED FOR CARRYING SPORTING ARTICLES; GOLF BALLS; GOLF TEES; GOLF BALL MARKERS; GOLF BAGS; GOLF CLUB COVERS; GOLF GLOVES; DART BOARDS; DARTS; DART FLIGHTS; ARTICLES FOR PLAYING SNOOKER, NAMELY, SNOOKER EQUIPMENT; SNOOKER TABLES; POOL TABLES; SKIS; PLAYGROUND SLIDES; SURFBOARDS; SKATEBOARDS; SNOWBOARDS; SLEIGHS; ROLLER SKATES; IN-LINE SKATES; MANUALLY-OPERATED EXERCISE EQUIPMENT; DICE; DOMINOES; TABLES FOR INDOOR FOOTBALL; SKITTLES; SPINNING TOPS; KITES; MARBLES; MARIONETTES AND PUPPETS; BATHTUB TOYS; INFLATABLE TOYS; RIDE-ON TOYS; TOY VEHICLES; TOY MOBILES; BOARD GAMES; CARD GAMES; PLAYING CARDS; JIGSAW PUZZLES; SCALE MODELS IN KIT FORM; ELECTRONIC HAND HELD GAME UNITS FOR PLAYING ELECTRONIC GAMES AND COVERS AND CASES ADAPTED THEREFOR; BABY RATTLES; TEDDY BEARS; INFANT TOYS; DOLLS AND DOLLS' CLOTHES; DOLLS' BEDS; DOLLS' HOUSES AND ROOMS; TOY MASKS; PAPER AND PLASTIC PARTY NOVELTY HATS; PARTY NOVELTIES, NAMELY, PARTY FAVORS IN THE NATURE OF SMALL TOYS, CRACKERS AND NOISEMAKERS; BALLOONS; CHRISTMAS CRACKERS; PET TOYS; AND PARTS FOR ALL OF THE AFORESAID GOODS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: EDUCATION SERVICES, NAMELY, PROVIDING CLASSES AND WORKSHOPS IN THE FIELD OF SPORTS; PROVIDING OF TRAINING IN THE FIELD OF SOCCER; ENTERTAINMENT IN THE NATURE OF SOCCER GAMES AND COMPETITIONS; ORGANIZATION OF EVENTS AND EXHIBITIONS FOR SPORTING AND CULTURAL ACTIVITIES; ORGANIZATION OF SPORTING EVENTS IN THE FIELD OF SOCCER; PROVISION OF FACILITIES FOR SPORTS AND RECREATIONAL ACTIVITIES; INSTRUCTION AND EDUCATIONAL SERVICES, NAMELY, PROVIDING SOCCER LESSONS; SOCCER COACHING; SOCCER SCHOOLS AND SCHOOLING, NAMELY, PROVIDING COURSES IN THE FIELD OF SOCCER; ARRANGING AND CONDUCTING OF EDUCATIONAL CLASSES AND TRAINING IN RELATION TO SOCCER; ARRANGING, CONDUCTING AND PROVISION OF SOCCER INSTRUCTIONAL COURSES; SOCCER ENTERTAINMENT SERVICES IN THE NATURE OF

**Reg. No. 4,797,705**

SOCCER GAMES AND SOCCER-RELATED EXHIBITIONS AND COMPETITIONS; PHYSICAL EDUCATION; PHYSICAL FITNESS TRAINING SERVICES; PROVISION OF PRACTICAL TRAINING AND DEMONSTRATIONS IN THE FIELD OF SPORTS; SPORT AND HOLIDAY CAMP SERVICES; RENTAL OF SPORTING EQUIPMENT, EXCEPT VEHICLES; ARRANGING, ORGANIZING AND CONDUCTING OF CONFERENCES, WORKSHOPS, SEMINARS, CONVENTIONS, EVENTS AND EXHIBITIONS RELATING TO SPORTS; ARRANGING, ORGANIZING AND CONDUCTING OF GAMES, CONTESTS AND COMPETITIONS RELATING TO SPORTS; LOTTERY SERVICES; GAMING SERVICES, NAMELY, CASINO GAMING; GAMBLING SERVICES; PROVISION OF MUSEUM FACILITIES; PROVISION OF INFORMATION RELATING TO SPORTS; FAN CLUB SERVICES; BOOKING AND TICKETING SERVICES FOR SPORTS, ENTERTAINMENT, CULTURAL AND EDUCATIONAL EVENTS; ENTERTAINMENT, TRAINING, RECREATIONAL, AND SPORTING INFORMATION SERVICES IN THE FIELD OF SOCCER PROVIDED VIA THE INTERNET AND OTHER COMPUTER AND COMMUNICATIONS NETWORKS; ENTERTAINMENT SERVICES, NAMELY, SOCCER GAMES AND SOCCER-RELATED EXHIBITIONS, COMPETITIONS, EVENTS AND ACTIVITIES PROVIDED BY MEANS OF TELEVISION, RADIO, TELEPHONY, THE INTERNET AND ONLINE DATABASES; ENTERTAINMENT AND EDUCATIONAL SERVICES, NAMELY, PROVIDING A SPORTS-RELATED WEB SITE FEATURING ELECTRONIC MEDIA, MULTIMEDIA CONTENT, AUDIO AND VIDEO CONTENT, MOVIES, PICTURES, PHOTOGRAPHS, GRAPHICS, IMAGES, TEXT AND RELATED INFORMATION PROVIDED VIA THE INTERNET AND OTHER COMPUTER AND COMMUNICATIONS NETWORKS; FILM PRODUCTION; VIDEO PRODUCTION; PRODUCTION OF SOUND RECORDINGS; PRODUCTION OF DVDS, CDS, CD-ROMS, VIDEO AND AUDIO TAPES FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES; PRODUCTION AND DISTRIBUTION OF TELEVISION AND RADIO PROGRAMS; PRODUCTION OF SPORTING EVENTS FOR TELEVISION AND RADIO; PUBLICATION OF MAGAZINES, BOOKS, TEXTS AND PRINTED MATTER; PUBLISHING OF ELECTRONIC PUBLICATIONS; PROVIDING ONLINE NON-DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF ARTICLES, BOOKS AND PERIODICALS FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES; PROVISION OF ON-GOING TELEVISION PROGRAMS, RADIO PROGRAMS, NON-DOWNLOADABLE FILMS, AUDIO AND VISUAL PERFORMANCES FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES; PROVISION OF ONLINE ELECTRONIC GAMES; PUBLICATION OF NEWS ONLINE FEATURING SPORTS AND SPORTS-RELATED EVENTS AND ACTIVITIES; PROVIDING INFORMATION RELATING TO SPORTS AND ENTERTAINMENT; INFORMATION, ADVISORY AND CONSULTANCY SERVICES RELATING TO ALL OF THE AFORESAID EDUCATIONAL AND ENTERTAINMENT SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 3035488, FILED 12-18-2013, REG. NO. 00003035488, DATED 8-29-2014, EXPIRES 12-18-2023.

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 3035209, FILED 12-17-2013, REG. NO. 00003035209, DATED 5-2-2014, EXPIRES 12-17-2023.

SER. NO. 86-147,430, FILED 12-18-2013.

RONALD AIKENS, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

United States of America
United States Patent and Trademark Office

# MAN UNITED

**Reg. No. 5,905,684**

**Registered Nov. 12, 2019**

**Int. Cl.: 14, 18, 25**

**Trademark**

**Principal Register**

Manchester United Football Club Limited (UNITED KINGDOM Registered Limited Company )
Sir Matt Busby Way
Old Trafford, Manchester M16 0ra
UNITED KINGDOM

CLASS 14: Precious metals and their alloys; jewellery; precious stones; watches and clocks; watch straps; presentation boxes for watches; costume jewellery; imitation jewellery; semi-precious stones; rings; ear rings; bracelets; brooches being jewellery; necklaces; key rings and key chains and charms therefor; decorative key fobs; key holders of precious metals; pins being jewellery; pendants; jewellery charms; lapel pins; tie pins; tie clips; cuff links; jewellery cases; badges, key rings and key chains, jewellery cases, jewellery boxes, works of art, busts, statues and trophies, all being made wholly or principally of precious metal and their alloys or coated therewith; silver ornaments in the nature of jewellery; medals and medallions; replacement parts and fittings for all of the aforesaid goods

CLASS 18: Leather and imitations of leather; travelling trunks and travelling bags; umbrellas, parasols; luggage; travel cases; suitcases; garment bags for travel; all-purpose carrying bags; school bags and satchels; back packs; rucksacks; beach bags; sports bags; athletic bags; gym bags; duffel bags; holdalls; textile shopping bags; toilet bags, namely, wash bags sold empty for carrying toiletries; valises; attache cases; brief cases; wallets; purses; key cases; pouches made out of cloth; credit card cases and holders; umbrella covers; straps of leather; leather for shoe and boot linings; collars and covers for animals; clothing for animals; leather laces; leads for animals and leashes for animals; replacement parts and fittings for all of the aforesaid goods

CLASS 25: Clothing, namely, sports shirts, tops, bottoms; footwear, headwear[gear]; articles of sports clothing, namely, sports jerseys, sports vests and sports pants; sports uniforms; replica football clothing kits comprised of football shirts, football shorts and football socks; football shirts; football shorts; football socks; tracksuits; training clothing, namely, sweatshirts and sweatpants; training pants, namely, track pants; sweatshirts; sweatpants; jackets; coats; parkas; fleece jackets; shirts; t-shirts; vests; singlets; blouses; knitwear, namely, knit tops; sports jerseys; jumpers; sweaters; cardigans; hooded sweatshirts; shawls; waistcoats; suits; trousers; jeans; pants; dungarees; shorts; leggings; skirts; ties; underwear; boxer shorts; nightwear; pyjamas; night shirts; dressing gowns; bathrobes; swimwear; swim suits; bathing trunks; bathing caps; hosiery; socks; gloves; mittens; scarves; ear muffs; wristbands as clothing; headbands; belts; braces as suspenders; aprons; collars; articles of clothing for babies and children, namely, sports shirts, tops and bottoms; footwear and headwear[gear] for babies and children; bodysuits; romper suits; baby pants; sleep suits, namely sleeping garments; baby bibs not of paper; baby boots; footwear being articles of clothing; boots; shoes; sandals; slippers; galoshes; sports shoes; training shoes; football boots and shoes; studs for football boots and shoes; fittings of metal for boots and shoes; hats; caps; visors being headwear; clothes linings, namely, ready-made linings being parts of clothing; uniforms; waterproof clothing, namely, waterproof jackets and pants

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 08-24-2017 IS CLAIMED

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

OWNER OF INTERNATIONAL REGISTRATION 1419429 DATED 01-19-2018, EXPIRES 01-19-2028

No claim is made to the exclusive right to use the following apart from the mark as shown: "MAN"

SER. NO. 79-239,319, FILED 01-19-2018

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# MAN UTD

**Reg. No. 5,847,510**

**Registered Sep. 03, 2019**

**Int. Cl.: 25, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

MANCHESTER UNITED FOOTBALL CLUB LIMITED (UNITED KINGDOM Limited Company )
Sir Matt Busby Way,
Old Trafford Manchester M16 0ra
UNITED KINGDOM

CLASS 25: Clothing, namely, namely, sports shirts, tops, bottoms; footwear; headwear; articles of sports clothing, namely, sports jerseys, sports vests, sports pants and sports uniforms; articles of underclothing; footwear being articles of clothing; shirts; boots; underwear; coats; collars; ear muffs; football boots and shoes; fittings of metal for boots and shoes; shorts; T-shirts; socks; sweaters; caps being headwear; hats; scarves; jackets; dressing gowns; pyjamas; sandals; slippers; boxer shorts; beach clothes, namely, swimwear; beach shoes; baby boots; baby bibs not of paper; romper suits; baby pants and sleep suits; dungarees; braces as suspenders; belts; wrist bands as clothing; track suits; ties as clothing; aprons; bathrobes; bathing caps and suits; bathing trunks; galoshes; gloves and mittens; headbands; jerseys; jumpers; knitwear, namely, knit tops; leggings; clothes linings, namely, ready-made linings being parts of clothing; parkas; shawls; singlets; skirts; vests; visors being headwear; waistcoats; waterproof clothing, namely, waterproof jackets and pants; all of the foregoing excluding goods specifically used to promote collegiate educational and collegiate athletic services

CLASS 38: Telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet; Internet broadcasting; broadcasting and transmission of radio and television programmes; audio and video broadcasting; electronic data transmission; data broadcasting in the form of electronic data transmission; cellular telephone communication services; cable, satellite and terrestrial television broadcasting services; communications by fibre optic networks; broadcasting of programmes via the Internet; broadcasting via computer and communications networks, namely, transmission of information by electronic communications networks; webcasting services; Internet broadcasting, transmission and reception of electronic text, messages, information, data, sound and images; communications services by satellite, television and radio; electronic communications via the Internet and other computer and communications networks, namely, electronic transmission of information by electronics communications networks; electronic transmission of radio and television programmes, text, messages, information, data, sound and images via communication and computer networks; electronic computer aided transmission of information, text, sounds, messages, images, data and radio television programmes; audio and video broadcasting and electronic transmission of digital information by means of cable, wire or fibre; providing access to telecommunication networks to receive and exchange information, text, sounds, images, data and messages; transmission of electronic mail services; news agency services for electronic transmission; electronic message sending; communications by computer terminals; communications for access to databases and computer networks; communication services for access to information, sound, images, text and data via communication and computer networks, namely, providing access to the Internet; telecommunications services for access to a communications or computer network; online communications services, namely, transmitting streamed sound and audiovisual recordings via the Internet; provision of discussion forums and chat room services, namely, providing Internet chat rooms; information, advisory and consultancy services relating to all of the

Director of the United States
Patent and Trademark Office

aforesaid services

CLASS 41: Education, namely, providing classes and workshops in the field of soccer; providing of training in the field of soccer; entertainment in the nature of soccer games and competitions; organisation of events and exhibitions for sporting and cultural activities; organisation of sporting events in the field of soccer; provision of facilities for sports and recreational activities; instruction and educational services, namely, providing soccer lessons; soccer coaching; soccer schools; arranging and conducting of educational classes and training in the field of soccer; arranging, conducting and provision of soccer instructional courses; soccer entertainment services in the nature of soccer games and soccer-related exhibitions and competitions; physical education; physical fitness training services; provision of practical training and educational demonstrations in the field of soccer; entertainment services in the form of sport and holiday camp services; rental of sporting equipment, except vehicles; arranging, organising and conducting of conferences, workshops, seminars, conventions, events and exhibitions in the field of soccer; arranging, organising and conducting of games, contests and sports competitions; lotteries; organisation of lotteries for commercial and advertising purposes; gaming services, namely, gambling services; hosting social entertainment events in the form of arranging, organising and conducting of award ceremonies; provision of museum facilities; rental of stadium facilities; soccer club services; health club services for physical exercise; provision of information relating to soccer; fan club services; fan club membership scheme services; booking of seats and ticketing reservation services for sports, entertainment, cultural and educational events; box office services, namely, ticket agency services for sporting events; entertainment, training, recreational, and sporting information services provided via the Internet and other computer and communications networks; entertainment services, namely, television and radio program distribution of soccer games and soccer-related exhibitions, competitions, events and activities provided by means of radio, television, telephony, the Internet and online databases; television and radio programming; entertainment and educational services, namely, providing a sports-related web site featuring electronic media, multimedia content, audio and video content, movies, pictures, photographs, graphics, images, text and related information provided via the Internet and other communications networks; film production; production, online non-downloadable presentation and distribution of video recordings, sound recordings, DVDs, CDs, CD-ROMs, video and audio tapes featuring soccer games, competition, and exhibition; production of television and radio programmes; production of sporting events in the field of soccer for television and radio; publication of magazines, books, texts and printed matter; publishing of electronic publications; providing online non-downloadable electronic publications in the nature of articles, books and periodicals featuring sports and sports-related events and activities; entertainment services, namely, provision of online non-downloadable television programmes, radio programmes, films, audio and visual material via on-demand transmission services; providing online non-downloadable games; provision of sports news online; provision of information relating to sport and entertainment; information relating to sport and entertainment provided online from a computer database or the Internet; information, advisory and consultancy services relating to all of the aforesaid services; all of the foregoing excluding services specifically used to promote collegiate educational and collegiate athletic services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1197463 DATED 06-10-2013, EXPIRES 06-10-2023

No claim is made to the exclusive right to use the following apart from the mark as shown: "MAN"

SER. NO. 79-229,907, FILED 02-26-2018

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# I LOVE UNITED

**Reg. No. 6,104,053**

**Registered Jul. 21, 2020**

**Int. Cl.: 14, 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

Manchester United Football Club Limited (UNITED KINGDOM Limited Company )
Sir Matt Busby Way,
Old Trafford, Manchester M16 0ra
UNITED KINGDOM

CLASS 14: Badges of precious metal; works of art, busts, statues and trophies, all being made wholly or principally of precious metal and their alloys or coated therewith; commemorative coins; commemorative copper tokens

CLASS 25: Football shorts; football socks; training pants; sweatpants; jackets; coats; parkas; fleece jackets; vests; singlets; blouses; knitwear, namely, knit tops; cardigans; waistcoats; suits; trousers; jeans; pants; dungarees; shorts; leggings; skirts; ties as clothing; underwear; boxer shorts; nightwear; pyjamas; night shirts; dressing gowns; socks; gloves; mittens; scarves; ear muffs; wristbands as clothing; headbands; belts; romper suits; baby pants; sleep suits; baby bibs not of paper; baby boots; visors being headwear; clothes linings, namely, ready-made linings being parts of clothing; uniforms; waterproof clothing, namely, waterproof jackets and pants

CLASS 41: Education, namely, providing classes and workshops in the field of soccer; providing of training in the field of soccer; entertainment in the nature of soccer games and competitions; organisation of events and exhibitions for sporting and cultural activities; soccer entertainment services, namely, organisation, arranging and conducting of soccer games; organisation and production of live entertainment and events in the nature of soccer games and soccer-related exhibitions and competitions; presentation of live show performances; organisation and presentation of screenings of sporting events and films; organisation of parties and social entertainment events; entertainment in the nature of live performances and personal appearances by sports persons and entertainers; arranging, organising and conducting of games, contests and sports competitions; hosting social entertainment events in the form of arranging, organising and conducting of award ceremonies; organisation of sporting events in the field of soccer; provision of facilities for sports and recreational activities; provision of museum facilities; rental of stadium facilities; soccer club services; provision of information relating to soccer; fan club membership scheme services in the nature of entertainment; booking of seats and ticketing reservation services for sports and entertainment; box office services, namely, ticket agency services for sporting and entertainment events; reservation services for sporting and entertainment event tickets; ticket information services for sporting and entertainment events; entertainment, sports training, recreation, and sporting information services provided via the Internet and other computer and communications networks; entertainment services, namely, soccer games and soccer-related exhibitions, competitions, events and activities, provided by means of radio, television, telephony, the Internet and online databases; entertainment and educational services, namely, providing a sports-related web site, featuring electronic media, multimedia content, audio and video content; production of sporting events in the field of soccer for television and radio; publication of magazines, books, texts and printed matter; providing online non-downloadable electronic publications in the nature of articles, books and periodicals featuring sports and sports-related events and activities; publication of sports news online, namely, publication of online sports news articles and providing news in the field of sports online via the internet; provision of information relating to sport and entertainment

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Andrei Iancu

Director of the United States
Patent and Trademark Office

PRIORITY DATE OF 05-01-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1458148 DATED 11-01-2018, EXPIRES 11-01-2028

SER. NO. 79-255,316, FILED 11-01-2018

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**Int. Cls.: 25, 38 and 39**

**Prior U.S. Cls.: 22, 39, 100, 101, 104 and 105**

**Reg. No. 3,369,663**

**Registered Jan. 15, 2008**

**United States Patent and Trademark Office**

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# MU

MANCHESTER UNITED LIMITED (UNITED KINGDOM A LIMITED COMPANY)

SIR MATT BUSBY WAY OLD TRAFFORD

MANCHESTER M16 0RA

UNITED KINGDOM

FOR: ARTICLES OF OUTERCLOTHING, NAMELY COATS, JACKETS, PARKAS, WAISTCOATS; ARTICLES OF SPORTS CLOTHING, NAMELY, FOOTBALL BOOTS AND SHOES, JERSEYS; FOOTWEAR BEING ARTICLES OF CLOTHING; HEADWEAR; SHIRTS; BOOTS; UNDERWEAR; COATS; OVERALLS; COLLAR PROTECTORS AND COLLARS; EAR MUFFS; FITTINGS OF METAL FOR BOOTS AND SHOES; SHORTS; T-SHIRTS; SOCKS; SWEATERS; CAPS; HATS; SCARVES; DRESSING GOWNS; PAJAMAS; SANDALS; SLIPPERS; FOOTWEAR; BOXER SHORTS; BEACH CLOTHES AND SHOES, NAMELY BATHING CAPS AND SUITS, BATHING TRUNKS; BABY BOOTS; DIAPERS AND CLOTH BIBS; ROMPER SUITS; BABY PANTS AND SLEEP SUITS; DUNGAREES; SUSPENDERS; BELTS AND BERETS; WRISTBANDS; TRACKSUITS; TIES; APRONS; BATHROBES; GALOSHES; GARTERS; GLOVES AND MITTENS; HEADBANDS; BOOTS; BELTS FOR WEAR; HOSIERY; JUMPERS AND KNITWEAR; LEGGINGS; FINISHED TEXTILE LININGS FOR GARMENTS; SHAWLS; SINGLETS; SKIRTS; VESTS; VISORS; WATERPROOF CLOTHING, NAMELY, WATERPROOF TROUSERS, WATERPROOF JUMPERS, WATERPROOF JACKETS, WATERPROOF COATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: TELECOMMUNICATION SERVICES, NAMELY TELEPHONE, TELEGRAPH, RADIO TELEPHONE, RADIO FACSIMILE, RADIO PAGING AND RADIO COMMUNICATION SERVICES; RENTAL OF TELECOMMUNICATIONS APPARATUS AND EQUIPMENT; ELECTRONIC MESSAGE DELIVERY SERVICES; BROADCASTING OR TRANSMISSION OF RADIO OR TELEVISION PROGRAMS; VIDEO TELEPHONE SERVICES; COMPUTER AIDED TRANSMISSION OF MESSAGES AND IMAGES; TRANSMISSION OF NEWS AND CURRENT AFFAIRS INFORMATION; INFORMATION, ADVISORY AND CONSULTANCY SERVICES RELATING TO THE AFORESAID SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: TRAVEL INFORMATION SERVICES; TRAVEL AGENCY SERVICES, NAMELY, TOUR OPERATING SERVICES; BOOKING AGENCY SERVICES FOR TRAVEL; TOURIST AGENCY SERVICES; HOLIDAY TRAVEL RESERVATION SERVICES; TOUR ORGANIZING SERVICES; TRAVEL GUIDE SERVICES; TRANSPORTATION AND ESCORTING OF PASSENGERS AND LUGGAGE; ARRANGING CRUISES; ARRANGING AND CONDUCTING OF EXCURSIONS, EXPEDITIONS AND SITE SEEING TOURS; TRAVEL OR TOUR TICKET RESERVATION SERVICES; PASSENGER TRANSPORT SERVICES; CAR HIRE SERVICES, IN CLASS 39 (U.S. CLS. 100 AND 105).

OWNER OF INTERNATIONAL REGISTRATION 0908960 DATED 8-17-2006, EXPIRES 8-17-2016.

SER. NO. 79-033,072, FILED 8-17-2006.

TINA KUAN, EXAMINING ATTORNEY

**Int. Cls.: 18, 25, and 26**

**Prior U.S. Cls.: 1, 2, 3, 22, 37, 39, 40, 41, 42, and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,556,390**
**Registered Apr. 2, 2002**

## TRADEMARK
### PRINCIPAL REGISTER

MANCHESTER UNITED PLC (UNITED KINGDOM COMPANY)
SIR MATT BUSBY WAY
OLD TRAFFORD, MANCHESTER, ENGLAND

FOR: ARTICLES MADE OF LEATHER OR OF IMITATION LEATHER, NAMELY SUITCASES, TRUNKS AND TRAVELING BAGS, SCHOOL BAGS AND SATCHELS, BACK PACKS AND BEACH BAGS, UMBRELLAS AND UMBRELLA COVERS, DUFFEL BAGS, TRAVEL BAGS FOR SOCCER BOOTS AND SHOES, WALLETS, WALLETS INCORPORATING CHECKBOOK COVERS, HANDBAGS AND SHOULDER BAGS, KEY CASES, PURSES, CREDIT CARD CASES, CHECKBOOK COVERS, WALKING CANES AND STICKS, ATTACHE CASES AND BRIEFCASES, AND BANDS AND STRAPS OF LEATHER FOR ALL OF THE FOREGOING; COLLARS FOR ANIMALS; LEATHER TRIMMINGS FOR FOOTWEAR; LEADS AND LEASHES FOR ANIMALS, AND PARTS FOR ALL THE AFORESAID GOODS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1997; IN COMMERCE 0-0-1997.

FOR: CLOTHING, NAMELY, LINGERIE, LOUNGEWEAR, HOSIERY, FOOTWEAR, HEAD WEAR, SHIRTS, BOOTS, UNDERWEAR, COATS, OVERALLS, COLLAR PROTECTORS AND COLLARS, EAR MUFFS, FOOTBALL BOOTS AND SHOES, METAL CLEATS FOR BOOTS AND SHOES, SHORTS, T-SHIRTS, SOCKS, SWEATERS, CAPS, HATS, SCARVES, JACKETS, DRESSING GOWNS, PAJAMAS, SANDALS, SLIPPERS, BOXER SHORTS, BABY BOOTS, CLOTH DIAPERS AND CLOTH BIBS, ROMPER SUITS, BABY PANTS AND SLEEP SUITS, DUNGAREES, SUSPENDERS, BELTS AND BERETS, WRIST BANDS, TRACK SUITS, TIES, CRAVATS, APRONS, BATHROBES, BATHING CAPS AND SUITS, BATHING TRUNKS, GALOSHES, GARTERS, GLOVES AND MITTENS, HEADBANDS, BOOTS, JERSEYS, JUMPERS, CARDIGANS, KNITTED WAISTCOATS, LEGGINGS, TEXTILE LININGS FOR GARMENTS, PARKAS, SHAWLS, SINGLETS, SKIRTS, VESTS, VISORS, WAISTCOATS, EXPANDING ARM BANDS FOR HOLDING SLEEVES, LEATHER SHOE AND BOOT LININGS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1997; IN COMMERCE 0-0-1997.

FOR: CLOTH DECORATIVE BADGES; TIE PINS AND CUFFLINKS; ROSETTES OF TEXTILE MATERIALS TO BE WORN AS ORNAMENTS OR BADGES, CLOTH PATCHES FOR CLOTHING, BUTTONS FOR CLOTHING, RIBBONS AND BRAIDS, HAIR BANDS, BELT CLASPS, SEWING BASKETS; BLOUSE, CLOTHING AND SHOE SNAPS; NEEDLE AND PIN CUSHIONS, HAIR BUCKLES, HAIR ORNAMENTS, SHOE ORNAMENTS, NOT OF PRECIOUS METAL, SEWING THIMBLES, HAT ORNAMENTS, NOT OF PRECIOUS METAL, FABRIC APPLIQUES, COMPETITORS NUMBERS AND LETTERS NOT OF TEXTILE, SHOE LACES, HAIR NETS; BROOCHES AND BUCKLES FOR HAIR, SHOE OR BELT, NOT OF PRECIOUS METAL; CLOTH EDGING FOR ORNAMENTING CLOTHING, TEA COZIES, EMBROIDERY; FANCY GOODS, NAMELY

ARTIFICIAL FLOWERS, ARTIFICIAL FRUIT AND ARTIFICIAL GARLANDS, BARRETTES, HAIR SLIDES, BOWS FOR THE HAIR; BROOCHES IN THE NATURE OF CLOTHING ACCESSORIES, NOT OF PRECIOUS METAL AND NOT IMITATION JEWELRY; BUTTONS, EDGINGS, EYELETS AND HAIR FASTENERS; ELASTIC RIBBONS; SHOE FASTENERS; SLIDE FASTENERS; FEATHERS BEING CLOTHING ACCESSORIES; LACE AND LACE WORK; HAIR PINS; HAIR GRIPS; HAIR CURLING PINS; LACE EDGINGS AND LACE TRIMMINGS; MICA SPANGLES FOR TRIMMING CLOTHING; NUMERALS FOR MARKING LINEN; SHOE EYELETS; SHOE HOOKS; AND TASSELS; FRILLS FOR CLOTHING, HEADGEAR AND BAGS, FRINGES; BRAIDS, REINS FOR GUIDING CHILDREN; COMPETITOR LETTERS AND NUMBERS OF TEXTILES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 0-0-1997; IN COMMERCE 0-0-1997.

OWNER OF U.S. REG. NO. 1,994,336.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MANCHESTER", APART FROM THE MARK AS SHOWN.

SN 75-507,157, FILED 6-23-1998.

MICHAEL ENGEL, EXAMINING ATTORNEY

**Int. Cls.: 8, 9, 14, 16, 20, 21, 24, 27 and 28**

**Prior U.S. Cls.: 2, 5, 13, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 32, 33, 36, 37, 38, 40, 42, 44 and 50**

**Reg. No. 3,214,435**

**United States Patent and Trademark Office** **Registered Mar. 6, 2007**

## TRADEMARK
### PRINCIPAL REGISTER

MANCHESTER UNITED LIMITED (UNITED KINGDOM CORPORATION)

SIR MATT BUSBY WAY

OLD TRAFFORD MANCHESTER, UNITED KINGDOM

FOR: TABLEWARE, NAMELY KNIVES, SPOONS AND FORKS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: ENCODED SMART CARDS FOR TELEPHONES; PRE-PAID TELEPHONE CALLING CARDS, MAGNETICALLY ENCODED; ENCODED ENCRYPTED SMART CARDS FOR TELEPHONES; ENCODED SMART CARDS FOR TELEPHONES; ENCRYPTED PREPAID TELEPHONE CARDS; PRE-PAID ENCODED TELEPHONE CARDS; ENCRYPTED CARDS, MAGNETICALLY ENCODED, FOR TELEPHONES; ENCODED CARDS FOR TELEPHONES; MAGNETIC ENCODED IDENTITY CARDS; CAMERAS AND PARTS AND FITTINGS THEREFOR; EXPOSED CAMERA FILM; ANTI-DAZZLE SUNGLASSES; EYEGLASSES; DIRECTIONAL COMPASSES AND BAROMETERS; CALL BELLS; BINOCULARS; CALCULATING MACHINES; VIDEOCASSETTE TAPES FEATURING ANIMATED CARTOONS; PRESCRIPTION AND NON-PRESCRIPTION EYE GLASSES AND SPECTACLES FOR ADULTS AND CHILDREN; PRESCRIPTION AND NON-PRESCRIPTION SUNGLASSES; CASES, CHAINS, CORDS AND FRAMES THEREFOR; CASES FOR PHOTOGRAPHIC APPARATUS AND INSTRUMENTS; CONTAINERS FOR CONTACT LENSES; OPTICAL GOODS, NAMELY GLASSES, SUNGLASSES, CONTACT LENSES; TELEVISIONS; VIDEO RECORDERS; SOUND RECORDING AND SOUND REPRODUCING APPARATUS AND INSTRUMENTS, NAMELY, STEREOS; CASSETTE RECORDERS, CD PLAYERS, MINI DISK PLAYERS, DVD PLAYERS; APPARATUS AND INSTRUMENTS FOR THE REPRODUCTION OF SOUND AND/OR IMAGES, NAMELY, VIDEO RECORDERS, DVD RECORDERS, VIDEO CAMERAS, DIGITAL CAMERAS; PARTS AND FITTINGS FOR THE AFORESAID GOODS; GRAMOPHONE AND PHONOGRAPHIC RECORDS; TAPE RECORDERS; BLANK MAGNETIC TAPES FOR RECORDING AND REPRODUCING SOUND OR VISION; VIDEOS AND VIDEO TAPES FEATURING FOOTBALL MATCHES, FOOTBALL PLAYERS, FOOTBALL STADIA; MUSICAL JUKE BOXES; RADIOS, RECORD AND CD PLAYERS; DIGITAL CAMERAS; DIGITAL VIDEO DISCS AND LASER DISCS FEATURING FOOTBALL MATCHES, FOOTBALL PLAYERS, FOOTBALL STADIA; REMOTE CONTROL APPARATUS FOR RECORD PLAYERS, TELEVISIONS, CD PLAYERS; DVD PLAYERS, VIDEO RECORDERS, MINI DISK PLAYERS; PHOTOGRAPHIC TRANSPARENCIES AND PHOTOGRAPHIC FILMS PREPARED FOR EXHIBITION PURPOSES; BLANK COMPUTER TAPES, AND DISCS AND PARTS AND FITTINGS THEREFOR; COMPUTER GAMES SOFTWARE, DOWNLOADABLE COMPUTER PROGRAMS FEATURING BACKGROUNDS AND IMAGES FOR MOBILE PHONES; COMPUTER

SOFTWARE FEATURING DOWNLOADABLE ELECTRONIC PUBLICATIONS, IN THE NATURE OF NEWSLETTERS AND MAGAZINES RELATING TO SPORTS; COMPUTER PERIPHERALS; MOUSE PADS; WRIST PADS FOR USE WITH A COMPUTER; COMPUTER MICE; KEYBOARD AND SCREEN COVERS; CUSTOMIZED FLOPPY DISCS AND CD-ROMS CONTAINING INFORMATION AND ADVICE RELATING TO SPORTS TEAMS AND SPORTS STATISTICS; CUSTOMIZED STORAGE BOXES FOR HOLDING COMPUTER EQUIPMENT; TELEPHONES; TELEPHONE ANSWERING MACHINES, TELEPHONE RECORDERS AND TELEPHONES INCORPORATING FACSIMILE MACHINES; MOBILE TELEPHONES; MOBILE TELEPHONE HOLDERS; MOBILE TELEPHONE POUCHES; MOBILE TELEPHONE LISTENING AND SPEAKING DEVICES, NAMELY HANDS FREE SETS, CAR KITS; MOBILE TELEPHONE DEVICES, NAMELY HANDS FREE SETS, CAR KITS AND AERIAL/ANTENNA CLIPS; COMPUTER GAME PROGRAMS; VIDEO GAME PROGRAMS; MAGNETS; MAGNIFYING GLASSES; MEASURES AND MEASURING INSTRUMENTS, NAMELY SCALES; MECHANICAL SIGNS; NEON SIGNS; ELECTRIC SOCKETS; ELECTRIC PLUGS AND ELECTRIC SWITCHES, TICKET DISPENSERS; VEHICLE BREAKDOWN WARNING APPARATUS, NAMELY WARNING TRIANGLES; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; EGG TIMERS; GRADUATED RULERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: WATCHES AND CLOCKS; HOROLOGICAL AND CHRONOMETRIC APPARATUS AND INSTRUMENTS, NAMELY WATCHES AND CLOCKS; STOP WATCHES; JEWELRY; BADGES OF PRECIOUS METAL FOR USE THEREWITH; EARRINGS; TRINKETS, NAMELY, CHARMS, RINGS, BRACELETS; WATCH FOBS; PINS BEING JEWELRY; PENDANTS; JEWELRY CHARMS; BUCKLES OF PRECIOUS METAL, FOR CLOTHING; BUSTS AND STATUES OF PRECIOUS METAL; CANDLE STICKS AND CANDLE EXTINGUISHERS OF PRECIOUS METAL; CIGAR AND CIGARETTE HOLDERS OF PRECIOUS METAL; FLASKS AND GOBLETS, HAT AND SHOE ORNAMENTS, MATCHBOXES AND MATCH HOLDERS, WORKS OF ART, NAMELY STATUETTES, FIGURINES, NAPKIN HOLDERS AND NAPKIN RINGS, TANKARDS, URNS AND VASES, NUTCRACKERS, SALT CELLARS AND SALT SHAKERS, ALL THE AFORESAID GOODS BEING MADE WHOLLY OR PRINCIPALLY OF PRECIOUS METAL AND THEIR ALLOYS OR COATED THEREWITH; TIE PINS AND CLIPS; CUFF LINKS; METAL BELLS, KEYS AND KEY RINGS, KEY FOBS, KEY BLANKS AND KEY CHAINS, ALL BEING MADE WHOLLY OR PRINCIPALLY OF PRECIOUS METAL OR COATED THEREWITH; NON-MONETARY COINS AND COPPER TOKENS; COSTUME JEWELRY; SILVER ORNAMENTS; OBJECTS OF IMITATION GOLD, NAMELY EARRINGS, TRINKETS, CHARMS, RINGS, BRACELETS, PENDANTS, NECKLACES; MEDALS; WATCH STRAPS; PARTS AND FITTINGS OF ALL THE AFORESAID GOODS , IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PRINTED MATTER, NAMELY NEWSPAPERS, MAGAZINES, AND NEWSLETTERS RELATING TO SPORTS; PERIODICAL PUBLICATIONS, LEAFLETS AND BROCHURES CONTAINING INFORMATION AND ADVICE REGARDING SPORTS, SPORTS TEAMS AND SPORTS STATISTICS; DIRECT MAIL FLYERS, POSTERS; NEWSPAPERS; MAGAZINES AND PERIODICAL PUBLICATIONS IN THE FIELD OF FOOTBALL AND SPORTS; NON-FICTION BOOKS IN THE FIELD OF FOOTBALL, BIOGRAPHIES, AUTOBIOGRAPHIES, AND SPORTS; PHOTOGRAPHS; PROGRAM BINDERS AND BINDING MATERIAL, NAMELY DIVIDERS AND FOLDERS; STATIONERY; INSTRUCTIONAL TEACHING MATERIALS, NAMELY BOOKS, EXERCISE BOOKS, MANUALS, LEAFLETS; MANUALS IN THE FIELD OF FOOTBALL; WRITING OR DRAWING BOOKS AND PADS; BIRTHDAY CARDS AND GIFT CARDS; GREETING CARDS; POSTCARDS; PRINTED TICKETS; PRINTED TIMETABLES; NOTE PADS AND NOTE BOOKS; PHOTO ENGRAVINGS, PHOTOGRAPH ALBUMS AND COLLECTOR'S ALBUMS; ADDRESS BOOKS; CHECK BOOK HOLDERS; ALMANACS; HOLDERS, CASES AND BOXES FOR PENS; BLOTTERS AND JOTTERS, NAMELY BLOTTING PAPER, PADS AND BLOCKS OF PAPER FOR JOTTING; ERASERS AND ERASING PRODUCTS, NAMELY ERASERS, CORRECTION FLUID; PENCIL SHARPENERS; DRAWING RULERS; BOOKS AND BOOKLETS IN THE FIELD OF FOOTBALL, BIOGRAPHIES, AUTOBIOGRAPHIES AND SPORTS; BOOK MARKERS AND BOOK ENDS; POSTERS; LETTER TRAYS; CALENDARS; PAPER WEIGHTS AND PAPER CLIPS; PAPER GIFT BAGS AND PLASTIC BAGS FOR PACKAGING; GIFT WRAP; GIFT TAGS AND PACKAGING PAPER; ENVELOPES, FOLDERS, DECORATIVE PAPER LABELS, DECORATIVE STATIONERY SEALS MADE OF PAPER, BLACKBOARDS AND SCRAP BOOKS; HEIGHT CHARTS AND PRINTED CHARTS; PAPER CARRIER BAGS AND GARBAGE BAGS; PRINTS AND PICTURES; WRITING INK AND INK WELLS; PAPER KNIVES; POSTER MAGAZINES; PAPER SIGNS AND ADVERTISEMENT BOARDS, PAPER AND CARDBOARD; ADHESIVE TAPES AND DISPENSERS; OFFICE REQUISITES, NAMELY PENS, PENCILS, DRAWING RULERS, ERASERS, PENCIL SHARPENERS, CRAYONS, INK; DIARIES; PADS OF PAPER; STICKERS AND STENCILS; PAPER BEER MATS; PAPER AND CARDBOARD COASTERS; CATALOGUES PROMOTING GOODS AND SERVICES THROUGH ASSOCIATION WITH FOOTBALL AND SPORTING ACTIVITIES; DECALCOMANIAS; IRON-ON TRANSFERS AND DIAGRAMS FOR CLOTHING AND MATERIAL ARTICLES; DRAWING INSTRUMENTS AND MATERIALS, NAMELY PENS, PENCILS, CRAYONS, PAINTS, PASTELS, INK; PAINT BOXES AND BRUSHES; PRINTED PATTERNS AND EMBROIDERY DESIGN PATTERNS; ENGRAVINGS AND ETCHINGS; PAPER TOWELS AND PAPER HANDKERCHIEFS; PAPER FLAGS; TOILET PAPER; MAPS; PAPER AND CARDBOARD PLACE MATS; GRAPHIC PRINTS, REPRESENTATIONS AND REPRODUCTIONS; LITHOGRAPHS AND LITHOGRAPHIC WORKS OF ART; PORTRAITS; PAPER TABLE CLOTHS AND NAPKINS; PRINTS,

PRINTED HOLOGRAMS; PAPER PARTY NOVELTY HATS; PAPER COASTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: KEY RINGS, NOT OF METAL; NONMETAL LOCKS; PLAQUES; PICTURE FRAMES; MIRRORS; HEADBOARDS BEING FURNITURE; FURNITURE; WORKS OF ART OF WOOD, WAX, PLASTER OR PLASTIC; SLEEPING BAGS FOR CAMPING; BASKETS; BINS OF WOOD OR PLASTIC; DISPLAY STANDS AND BOARDS; SIGN BOARDS OF WOOD OR PLASTIC; PLACARDS OF WOOD OR PLASTIC; DECORATIVE WALL PLAQUES; NON-METAL BOTTLE CAPS AND CASINGS, IN THE NATURE OF CLOSURES; BOTTLE RACKS; CORKS FOR BOTTLES; PACKING CONTAINERS, CASKS, CHESTS, CASES AND BOXES OF WOOD OR PLASTIC; BUSTS OF WOOD, WAX, PLASTER OR PLASTIC; CHAIRS; TABLES; NON-METALCLOSURES FOR CONTAINERS; CLOTHES HOOKS, PEGS AND PINS, IN THE NATURE OF HANGERS; COAT HANGERS; HAT AND COAT STANDS; COTS AND CRADLES; PLAYPENS; CUPBOARDS; DRAPERY HARDWARE, NAMELY CURTAIN TIE-BACKS; PILLOWS AND CUSHIONS; SOFAS AND SETTEES; DECK CHAIRS; DECORATIONS OF PLASTIC FOR FOODSTUFFS; DIVANS; DOG KENNELS; MOBILES; STOOLS; DRINKING STRAWS; STATUES AND FIGURINES OF WOOD, WAX, PLASTER OR PLASTIC; FIREPLACE SCREENS; NON-METAL KNIFE HANDLES; NON-METAL AND NON-LUMINOUS HOUSE NUMBERS; JEWELRY CASES AND CASKETS, NOT OF METAL; KEY BOARDS FOR HANGING KEYS; MAGAZINE RACKS; NON-METAL NAME PLATES AND NUMBER PLATES; WICKERWORK FURNITURE; STATUETTES, FIGURINES AND MODEL STADIA OF PLASTIC, WOOD, RESIN, PLASTER OR WAX MATERIALS; JEWELRY CASES AND JEWELRY BOXES, NOT OF PRECIOUS METAL; NON-METAL MONEY BOXES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: DOMESTIC UTENSILS, NAMELY PLATES, GLASSES, DISHES, MUGS, TUMBLERS, SALT CELLARS, SALT SHAKERS, PEPPER POTS; CONTAINERS FOR HOUSEHOLD OR KITCHEN USE; CHINAWARE, IN THE NATURE OF DINNERWARE; BEVERAGE GLASSWARE; DINNERWARE OF PORCELAIN, POTTERY AND EARTHENWARE; COMB CASES AND COMBS; SPONGES, NOT FOR SURGICAL USE, NAMELY SPONGES FOR HOUSEHOLD PURPOSES; DRINKING GLASSES; HALF PINT GLASSES; PINT GLASSES; MUGS; WHISKEY/WHISKY GLASSES; WINE GLASSES; CHAMPAGNE FLUTES; GLASS TUMBLERS; GLASS WHISKEY/WHISKY TUMBLERS; BRUSHES AND BROOMS; TOOTHBRUSHES AND TOOTHBRUSH HOLDERS; ARTICLES FOR CLEANING PURPOSES, NAMELY SPONGES, CLOTHS, CHAMOIS LEATHERS; WICKER BASKETS; BEER MUGS; INSULATED CONTAINERS FOR BEVERAGES; NON-METAL BINS FOR HOUSEHOLD USE; BOTTLE OPENERS; IRONING BOARDS; BOTTLES, SOLD EMPTY; PLASTIC SPORTS BOTTLES, SOLD EMPTY; NON-METAL BOXES FOR HOUSEHOLD USE; BREAD AND CUTTING BOARDS; TRAYS FOR HOUSEHOLD USE, NOT OF PRECIOUS METAL; STATUETTES, FIGURINES AND MODEL STADIA OF PORCELAIN, TERRACOTTA, GLASS, CHINA OR EARTHENWARE; DISHES; VANITY CASES; SOAP BOXES AND HOLDERS; SPICE RACKS; SQUEEZE BOTTLES, SOLD EMPTY; GLASS STOPPERS; STRAINERS; PICNIC BASKETS; PIE SERVERS; NON-METAL WATERING CANS; NON-METAL PIGGY BANKS; POLISHING MATERIALS, NAMELY POLISHING GLOVES, POLISHING LEATHER; POTS; POWDER COMPACTS, SOLD EMPTY, AND POWDER PUFFS; ROLLING PINS; SCOOPS AND SIPHONS; DRINKING VESSELS AND FLASKS; DUSTBINS; COCKTAIL SHAKERS; NAPKIN HOLDERS AND RINGS; PAPER PLATES; TOOTHPICK HOLDERS AND TOOTHPICKS; TANKARDS; TEA CADDIES AND TEA SERVICES, NOT OF PRECIOUS METAL; TEA POTS, NOT OF PRECIOUS METAL; EGG CUPS; ENAMELED GLASS; FLOWER POTS; GLOVES FOR HOUSEHOLD PURPOSES; ICE BUCKETS AND ICE CUBE MOULDS; JUGS AND KETTLES; CARD HOLDERS FOR TABLETOP USE; SHAVING BRUSHES AND SHAVING BRUSH STANDS/HOLDERS; SHOE HORNS; SHOE BRUSHES AND SHOE TREES; VASES; CANDY BOXES, NOT OF METAL, FOR HOUSEHOLD USE; CERAMICS FOR HOUSEHOLD PURPOSES, NAMELY DISHES, POTS, VASES; CHAMOIS LEATHER CLOTHS FOR CLEANING; CLOTH COASTERS; COFFEE SERVICES AND COFFEE POTS, NOT OF PRECIOUS METAL; COOKING POTS AND UTENSILS, NAMELY PANS, FRYING PANS, SAUCEPANS; CORK SCREWS AND COOLERS FOR HOLDING FOODS AND BEVERAGES; DISHES AND POTS OF CROCKERY; CUPS; DECANTERS; PERFUME SPRAYERS, SOLD EMPTY AND PERFUME BURNERS; SALAD BOWLS; SALT CELLARS AND SHAKERS, NOT OF PRECIOUS METAL; TABLE UTENSILS, NAMELY SALT SHAKERS, SALT CELLARS, PEPPER POTS, VINEGAR AND OIL DRIZZLERS; TOILET UTENSILS, NAMELY TOILET BRUSHES, TOILET SPONGES, TOILET PAPER HOLDERS; WORKS OF ART OF PORCELAIN, EARTHENWARE, CHINA, TERRACOTTA OR GLASS; BUCKETS; GIFTS OF CHINA, EARTHENWARE, PORCELAIN, TERRACOTTA, PEWTERWARE OR GLASS, NAMELY TANKARDS, GLASSES, TUMBLERS; BUTTER DISHES AND COVERS; CANDLE STICKS, NOT OF PRECIOUS METAL, AND CANDLE EXTINGUISHERS; CAGES FOR HOUSEHOLD PETS; COOKERY MOULDS; CUSTOMIZED STORAGE BOXES FOR HOUSEHOLD USE; SERVING TRAYS, NOT OF PRECIOUS METAL; NON-METAL PLUGS AND STOPPERS FOR SINKS AND DRAINS; HAND TOOLS FOR FASTENING BUTTONS, NAMELY, BUTTON HOOKS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILES, NAMELY BED AND TABLE COVERS, BED LINEN, HOUSEHOLD LINEN, PILLOWCASES, PILLOW SHAMS, TABLE CLOTHS, TABLE RUNNERS, TABLE LINEN; CURTAINS; TOWELS; TOWELS AND CLOTHS OF FLANNEL; CLOTH BANNERS; CLOTH FLAGS; BEACH TOWELS; VALANCES; SHEETS; DUVET COVERS; BATH AND BED LINEN; TABLE AND HOUSEHOLD LINEN; BED BLANKETS, CLOTHS AND COVERS; BED SPREADS; CLOTH BUNTING;

CLOTH COASTERS; UNFITTED FABRIC COVERS FOR FURNITURE; EIDERDOWN COVERS; CLOTH HANDKERCHIEFS; CLOTH LABELS; CLOTH PLACE MATS; MATTRESS COVERS; UPHOLSTERY FABRICS; QUILTS; CLOTH NAPKINS AND SERVIETTES; TABLE CLOTHS; FABRIC WALL HANGINGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: RUGS; BATH MATS; DOOR MATS; FLOOR COVERINGS, NAMELY RUNNERS AND CARPETS; WALL HANGINGS AND WALLPAPER , IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: BOARD GAMES AND CARD GAMES, OTHER THAN ORDINARY PLAYING CARDS; TOYS AND PLAYTHINGS, NAMELY BALLS FOR GAMES, BOARD GAMES, PLAYING CARDS, ELBOW GUARDS, FLIPPERS FOR SWIMMING, FLYING DISCS, ICE SKATES, JIGSAW PUZZLES, KALEIDOSCOPES, KITES, KNEE GUARDS, TEDDY BEARS, MARIONETTES, TOY MASKS, MODEL VEHICLES, PUPPETS, ROLLER SKATES, SCOOTERS, SHIN GUARDS; PARTY NOVELTY HATS; SHIN GUARDS FOR ATHLETIC USE; GLOVES FOR ATHLETIC USE; BALLOONS; FOOTBALLS, TENNIS BALLS, BALLS FOR ATHLETIC USE; SPORTING ARTICLES, OTHER THAN CLOTHING, NAMELY BALLS FOR ATHLETIC USE, FOOTBALLS, SHIN GUARDS, ELBOW GUARDS, KNEE GUARDS, GLOVES FOR GAMES, GOLF BAGS, GOLF CLUBS, GOLF GLOVES; PLAYING BALLS; FOOTBALLS; DECORATIONS FOR CHRISTMAS TREES; CHRISTMAS CRACKERS, IN THE NATURE OF PARTY FAVORS; SYNTHETIC CHRISTMAS TREES AND STANDS; CUPS FOR DICE; DARTS; DICE; DOLLS AND DOLLS' CLOTHES; DOLLS' BEDS; DOLLS' HOUSES AND ROOMS; TABLES FOR INDOOR FOOTBALL; GOLF BAGS AND GLOVES; JOKES AND NOVELTIES, NAMELY EXPLOSIVE BONBONS, IN THE NATURE OF CHRISTMAS CRACKERS, CONFETTI; NOVELTIES FOR PARTIES AND DANCES, NAMELY PARTY FAVORS IN THE NATURE OF SMALL TOYS, CRACKERS AND NOISEMAKERS; SPINNING TOPS; KITES; PROTECTIVE PADDING FOR ATHLETIC USE; MARBLES; SKIS; SLIDES; SURFBOARDS; SKATEBOARDS; SNOWBOARDS; SKITTLES; TOY SLEIGHS; COSTUME MASKS; TOY MOBILES; RATTLES; ROLLER SKATES; IN-LINE SKATES; BODYBUILDING APPARATUS, NAMELY WEIGHT LIFTING BELTS, DUMB-BELLS; EXERCISE APPARATUS, NAMELY EXERCISE BICYCLES, EXERCISERS, NAMELY, EXPANDERS; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; TOY BALLS; PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF ERPN CMNTY TM OFC REG. NO. 000761312, DATED 10-27-1999, EXPIRES 2-25-2008.

OWNER OF UNITED KINGDOM REG. NO. 2144130, DATED 9-6-1997, EXPIRES 9-6-2007.

OWNER OF U.S. REG. NO. 1,994,336.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MANCHESTER", APART FROM THE MARK AS SHOWN.

SER. NO. 76-494,731, FILED 2-28-2003.

DAVID TAYLOR, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

**Reg. No. 4,214,045**

**Registered Sep. 25, 2012**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

MANCHESTER UNITED LIMITED (UNITED KINGDOM PRIVATE LIMITED COMPANY)
SIR MATT BUSBY WAY
OLD TRAFFORD
MANCHESTER, UNITED KINGDOM M160RA

FOR: LEATHER AND IMITATION LEATHER BAGS; TRAVELING BAGS; HOLDALLS; BAGS FOR SPORTS; SCHOOL BAGS AND SATCHELS; BACK PACKS; MESSENGER BAGS; TRAVEL BAGS FOR SOCCER BOOTS AND SHOES; UMBRELLAS AND UMBRELLA COVERS; WALLETS; CREDIT CARD CASES; COLLARS FOR ANIMALS; LEADS AND LEASHES FOR ANIMALS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1997; IN COMMERCE 0-0-1997.

OWNER OF U.S. REG. NOS. 2,556,390 AND 2,864,029.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MANCHESTER", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A CREST WITH THE WORDING "MANCHESTER" LOCATED ON THE TOP OF THE CREST AND "UNITED" LOCATED AT THE BOTTOM OF THE CREST WITH AN IMAGE OF A SHIP ON TOP OF A DEVIL LOCATED IN THE CENTER OF THE CREST AND A SOCCER BALL PLACED TO THE LEFT AND RIGHT OF THE CREST, BOTH INSIDE OF A CIRCLE.

SER. NO. 85-581,923, FILED 3-28-2012.

JACLYN KIDWELL WALKER, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

MANCHESTER

UNITED

**Reg. No. 4,929,771**

**Registered Apr. 5, 2016**

**Int. Cls.: 18, 20 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MANCHESTER UNITED LIMITED (UNITED KINGDOM LIMITED COMPANY)
SIR MATT BUSBY WAY OLD TRAFFORD
MANCHESTER M16 0RA
UNITED KINGDOM

FOR: BAGS MADE OF LEATHER AND OF IMITATION LEATHER; SUITCASES, TRUNKS AND TRAVELLING BAGS; SCHOOL BAGS AND SATCHELS; BACK PACKS AND BEACH BAGS; UMBRELLAS AND UMBRELLA COVERS; DUFFEL BAGS; LEATHER AND IMITATION LEATHER BOOT BAGS; BOOT BAGS FOR TRAVEL; HOLDALLS; WALLETS; SPORTS BAGS; ATHLETIC BAGS; GYM BAGS; WASH BAGS FOR CARRYING TOILETRIES; KEY CASES; TRAVEL CASES; PURSES; LEATHER OR LEATHER-BOARD BOXES; POUCHES OF TEXTILE, LEATHER AND IMITATION LEATHER; CREDIT CARD HOLDERS; ATTACHE CASES AND BRIEF CASES; BANDS AND STRAPS OF LEATHER; LEATHER FOR SHOE AND BOOT LININGS; COLLARS AND COVERS FOR ANIMALS; LEATHER LACES, LEADS AND LEASHES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: NON-METAL LOCKS; PLAQUES OF WOOD, WAX AND PLASTIC; PICTURE FRAMES; MIRRORS; HEADBOARDS BEING FURNITURE; FURNITURE; BEDROOM FURNITURE; OUTDOOR FURNITURE; WORKS OF ART OF WOOD, WAX, PLASTER OR PLASTIC; SLEEPING BAGS FOR CAMPING; BINS OF WOOD OR PLASTIC; DISPLAY STANDS AND BOARDS; SIGN DISPLAY BOARDS OF WOOD OR PLASTIC; PLACARDS OF WOOD OR PLASTIC; DECORATIVE WALL PLAQUES OF WOOD, WAX OR PLASTIC; NON-METAL BOTTLE CAPS; BOTTLE CASINGS OF WOOD; BOTTLE RACKS; CORKS FOR BOTTLES; PACKAGING CONTAINERS OF PLASTIC; CASKS NOT MADE OF METAL; NON-METAL CHESTS; GENERAL PURPOSE WOOD AND PLASTIC CASES; WOOD AND PLASTIC BOXES; BUSTS OF WOOD, WAX, PLASTER OR PLASTIC; CHAIRS; TABLES; NON-METAL AND NON-PAPER CLOSURES FOR CONTAINERS; NON-METAL CLOTHES HOOKS AND PEGS; COAT HANGERS; HAT AND COAT STANDS; COTS AND CRADLES; PLAYPENS; CUPBOARDS; CURTAIN TIE BACKS IN THE NATURE OF NON-TEXTILE CURTAIN HOLDERS; PILLOWS AND CUSHIONS; SOFAS AND SETTEES; DECK CHAIRS; DRINKING STRAWS; STATUES AND FIGURINES OF WOOD, WAX, PLASTER AND PLASTIC; FIRE SCREENS; NON-METAL KNIFE HANDLES; NON-METAL AND NON-LUMINOUS HOUSE NUMBERS; CASKETS; NON-METAL KEY HOLDERS, NAMELY, KEY BOARDS FOR HANGING KEYS; MAGAZINE RACKS; NON-METAL NAME PLATES AND NUMBER PLATES; NON-METAL BOTTLE STOPPERS; STATUETTES, FIGURINES AND SCULPTURES IN THE NATURE OF MODEL STADIA OF PLASTIC, WOOD, RESIN, PLASTER AND WAX MATERIALS; SLEEPING BAGS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**Reg. No. 4,929,771**

FOR: BOARD GAMES AND CARD GAMES OTHER THAN ORDINARY PLAYING CARDS; VIDEO GAME MACHINES; VIDEO GAME CONSOLES; HAND HELD UNITS FOR PLAYING VIDEO GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; SOFT TOYS, NAMELY, PLUSH TOYS; PLUSH TOYS; MODELLED PLASTIC TOY FIGURINES; TOY MOBILES; PET TOYS; PAPER AND PLASTIC PARTY NOVELTY HATS; SHIN GUARDS FOR ATHLETIC USE; GLOVES FOR SOCCER; BALLOONS; BALLS FOR SPORTS; SPORTING ARTICLES OTHER THAN CLOTHING, NAMELY, BALLS FOR SOCCER, GOALS AND GOAL NETS FOR SOCCER; ELBOW GUARDS FOR SPORTS; BAGS SPECIFICALLY ADAPTED FOR CARRYING SPORTING ARTICLES; FOOTBALLS; TEDDY BEARS; DECORATIONS FOR CHRISTMAS TREES EXCEPT CONFECTIONERY AND ELECTRIC CHRISTMAS TREE LIGHTS; CHRISTMAS CRACKERS; CUPS FOR DICE; DARTS; DICE; DOLLS AND DOLLS' CLOTHES; TABLES FOR INDOOR FOOTBALL; GOLF BAGS AND GLOVES; PARTY NOVELTIES, NAMELY, PARTY FAVORS IN THE NATURE OF SMALL TOYS, CRACKERS AND NOISEMAKERS; SPINNING TOPS; KITES; KNEE GUARDS AND PROTECTIVE PADDING FOR PLAYING SOCCER; MARBLES; MARIONETTES AND PUPPETS; SKIS; PLAYGROUND SLIDES; SURFBOARDS; SKATEBOARDS; SNOWBOARDS; SKITTLES; BOB-SLEIGHS; ROLLER SKATES; IN-LINE SKATES; BODY-BUILDING APPARATUS; MANUALLY-OPERATED EXERCISE EQUIPMENT; PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MANCHESTER" , APART FROM THE MARK AS SHOWN.

OWNER OF INTERNATIONAL REGISTRATION 1082814 DATED 1-7-2011, EXPIRES 1-7-2021.

THE MARK CONSISTS OF A CREST WITH THE WORDING "MANCHESTER" LOCATED ON THE TOP OF THE CREST AND "UNITED" LOCATED AT THE BOTTOM OF THE CREST WITH AN IMAGE OF A SHIP ON TOP OF A DEVIL HOLDING A PITCHFORK LOCATED IN THE CENTER OF THE CREST AND A SOCCER BALL PLACED TO THE LEFT AND RIGHT OF THE CREST, BOTH INSIDE OF A CIRCLE. THE WORDS "MANCHESTER" AND "UNITED" EACH APPEAR WITHIN A CURVED BAND FEATURING AN ORNAMENTAL BORDER.

SER. NO. 79-167,876, FILED 4-17-2015.

JOANNA FIORELLI, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

**Reg. No. 4,843,297**
**Registered Nov. 3, 2015**
**Int. Cls.: 25 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MANCHESTER UNITED LIMITED (UNITED KINGDOM LIMITED COMPANY)
SIR MATT BUSBY WAY OLD TRAFFORD
MANCHESTER, UNITED KINGDOM M16 0RA

FOR: CLOTHING, NAMELY, SPORTS SHIRTS, TOPS, BOTTOMS; FOOTWEAR; HEADWEAR; ARTICLES OF SPORTS CLOTHING, NAMELY, SPORTS JERSEYS, SPORTS VESTS, SPORTS PANTS AND SPORTS UNIFORMS; ARTICLES OF UNDERCLOTHING; LINGERIE; HOSIERY; FOOTWEAR BEING ARTICLES OF CLOTHING; SHIRTS; BOOTS; UNDERWEAR; COATS; EAR MUFFS; FOOTBALL BOOTS AND SHOES; FITTINGS OF METAL FOR BOOTS AND SHOES; SHORTS; T-SHIRTS; SOCKS; SWEATERS; CAPS; HATS; SCARVES; JACKETS; DRESSING GOWNS; PYJAMAS; SANDALS; SLIPPERS; FOOTWEAR; BOXER SHORTS; BEACH CLOTHES, NAMELY, SWIMWEAR; BEACH SHOES; BABY BOOTS; BIBS, NAMELY, CLOTH BIBS; ROMPER SUITS; BABY PANTS AND SLEEP SUITS; DUNGAREES; BRACES; BELTS; BERETS; WRIST BANDS; TRACK SUITS; TIES; APRONS; BATHROBES; BATHING CAPS AND SUITS; BATHING TRUNKS; GALOSHES; GARTERS; GLOVES AND MITTENS; HEADBANDS; JERSEYS; JUMPERS; KNIT TOPS; LEGGINGS; CLOTHES LININGS; PARKAS; SHAWLS; SINGLETS; SKIRTS; VESTS; VISORS; WAISTCOATS; WATERPROOF CLOTHING, NAMELY, WATERPROOF COATS AND JACKETS, WATERPROOF TROUSERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: BALLS FOR GAMES; SOFT TOYS; PLUSH TOYS; SPORTING ARTICLES, NAMELY, FOOTBALLS, BALLS FOR SOCCER, GOALS AND GOAL NETS FOR SOCCER; DECORATIONS FOR CHRISTMAS TREES; BALLS FOR SPORT; PLAYING BALLS; MINIATURE SOCCER BALLS; MINIATURE REPLICA SOCCER KITS; MINIATURE REPLICA SOCCER SHIRTS; GOAL POSTS; GLOVES FOR GAMES; SHIN GUARDS; KNEE GUARDS AND PROTECTIVE PADDING FOR SPORTS; ELBOW GUARDS; BAGS ADAPTED FOR CARRYING SPORTING ARTICLES; GOLF BALLS; GOLF TEES; GOLF BALL MARKERS; GOLF BAGS; GOLF CLUB COVERS; GOLF GLOVES; ARTICLES FOR PLAYING DARTS, NAMELY, DART BOARDS, DART FLIGHTS; DARTS; ARTICLES FOR PLAYING SNOOKER; SNOOKER TABLES; POOL TABLES; SKIS; PLAYGROUND SLIDES; SURFBOARDS; SKATEBOARDS; SNOWBOARDS; SLEIGHS; ROLLER SKATES; IN-LINE SKATES; FISHING TACKLE; BODYBUILDING APPARATUS; EXERCISE APPARATUS; DICE; CUPS FOR DICE; DOMINOES; TABLES FOR INDOOR FOOTBALL; SKITTLES; SPINNING TOPS; KITES; MARBLES; BATHTUB TOYS; INFLATABLE TOYS; RIDE-ON TOYS; TOY VEHICLES; MOBILES; BOARD GAMES; CARD GAMES; PLAYING CARDS; JIGSAW PUZZLES; TOY MODELS IN KIT FORM; ELECTRONIC HAND HELD GAME UNITS; RATTLES; TEDDY BEARS; DOLLS AND DOLLS' CLOTHES; DOLLS' BEDS; DOLLS' HOUSES AND ROOMS;

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee
Director of the United States
Patent and Trademark Office

**Reg. No. 4,843,297**

MASKS; PARTY NOVELTY HATS; PARTY NOVELTIES, NAMELY, PARTY FAVORS IN THE NATURE OF SMALL TOYS, CRACKERS AND NOISEMAKERS; CONFETTI; BALLOONS; CHRISTMAS CRACKERS; SYNTHETIC CHRISTMAS TREES AND STANDS; PARTS AND FITTINGS FOR ALL OF THE AFORESAID GOODS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF U.S. REG. NOS. 2,556,390 AND 3,214,435.

OWNER OF INTERNATIONAL REGISTRATION 1128982 DATED 2-15-2012, EXPIRES 2-15-2022.

THE MARK CONSISTS OF A STYLIZED DEVIL CHARACTER WITH A TAIL AND HOLDING A TRIDENT.

SER. NO. 79-150,709, FILED 6-10-2014.

RON FAIRBANKS, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,663,479**

**Registered Jan. 29, 2019**

**Int. Cl.: 14, 18, 26**

**Trademark**

**Principal Register**

MANCHESTER UNITED FOOTBALL CLUB LIMITED (UNITED KINGDOM Limited Company )
Sir Matt Busby Way,
Old Trafford
Manchester, UNITED KINGDOM M16 0RA

CLASS 14: Precious metals and their alloys; jewellery, precious stones; watches and clocks; watch straps; costume jewellery; imitation jewellery; semi-precious stones; rings; ear rings; bracelets; jewelry brooches; necklaces; key rings comprised of split rings with decorative trinkets and fobs; decorative key fobs of leather; pins being jewellery; pendants; jewellery charms; lapel pins; tie pins and tie clips; cuff links; jewellery cases; badges, key chains, jewellery cases, boxes, works of art, busts, statues, trophies, hat and shoe jewellery ornaments, all of the aforesaid goods being made wholly or principally of precious metal and their alloys or coated therewith; silver jewellery; medals and medallions; structural and component parts and fittings for all of the aforesaid goods

CLASS 18: Leather and imitations of leather; trunks and travelling bags; umbrellas; parasols; articles for luggage, namely, luggage; travel cases; suitcases; garment bags for travel; all-purpose carrying bags; school bags and satchels; back packs; rucksacks; beach bags; sports bags; athletic bags; gym bags; boot bags for travel; duffel bags; holdalls; toilet bags, namely, toiletry bags sold empty; valises; attaché cases; brief cases; wallets; purses; key cases; pouches made out of cloth; credit card cases and holders; umbrella covers; straps of leather; leather for lining shoes and boots; collars and covers for animals; leather laces; leads for animals and leashes for animals; structural and component parts and fittings for all of the aforesaid goods

CLASS 26: Ornamental novelty badges; ornamental novelty badges of textile materials; ornamental novelty embroidered badges; rosettes of textile materials, namely, ornamental novelty badges; embroidered patches for clothing; buttons; haberdashery ribbons and braid; hairbands and slides; belt clasps; shoe fasteners; shoe ornaments, namely, shoe trimmings; hat ornaments in the form of ornamental novelty pins; shoe laces; clothing brooches and buckles; edging for clothing; competitor numbers not of textile; decorative cords; embroidery; expanding bands for holding sleeves

The mark consists of a stylized devil character with a tail and holding a trident.

OWNER OF INTERNATIONAL REGISTRATION 1128982 DATED 02-15-2012, EXPIRES 02-15-2022

UNITED STATES PATENT AND TRADEMARK OFFICE — DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,887,591**

**Registered Oct. 22, 2019**

**Int. Cl.: 3, 21, 35**

**Service Mark**

**Trademark**

**Principal Register**

Manchester United Football Club Limited (ENGLAND AND WALES Limited Company )
Sir Matt Busby Way
Old Trafford, Manchester M16 0ra
UNITED KINGDOM

CLASS 3: Laundry bleaching preparations; washing preparations and laundry bleach; cleaning, polishing, scouring and abrasive preparations; non-medicated soaps; perfumery; fragrances; toilet waters; after-shave lotions; eau de cologne; antiperspirants; deodorants for personal use; deodorant soaps for body and feet; cosmetic shower and bath preparations; bath gels; bath powders; non-medicated bath salts; bath foams; shower gels; non-medicated toiletry preparations; shaving preparations; beauty care preparations, namely, beauty care cosmetics; cosmetic preparations for body care; non-medicated skin care preparations; skin topical oils, creams and lotions for cosmetic use; automobile cleaning preparations; windscreen cleaning liquids

CLASS 21: Containers for household or kitchen use; beverage glassware; dinnerware of porcelain, pottery and earthenware; chinaware, in the nature of dinnerware; drinking glasses; mugs; wine glasses; glass tumblers for use as drinking glasses; money boxes; toothbrushes and toothbrush holders; beer mugs; heat insulated containers for beverages; bottle openers; bottles sold empty; drinking bottles for sports; plastic sports bottles sold empty; insulating sleeve holders for bottles; non-electric portable beverage coolers; boxes, plaques, ornaments, statues, statuettes, figurines, works of art, and sculptures of porcelain, terracotta, glass, china or earthenware; dishes; soap boxes and holders; glass stoppers; drinking straws; picnic baskets sold empty; pie servers; piggy banks; pots; drinking vessels and flasks; vacuum flasks; tankards; goblets; tea pots; egg cups; glass storage jars; enamelled glass not for building; gloves for household purposes; ice buckets and ice cube molds; jugs and non-electric kettles; menu card holders; table place card holders not of precious metal; shaving brushes; shaving brush stands and holders; vases; candy boxes; chamois leather for cleaning; coasters, not of paper or textile; coffee services in the nature of tableware and non-electric coffee pots; cooking pots; corkscrews; non-electric portable coolers for food and drinks; crockery, namely, pots, dishes, drinking cups, saucers, bowls and trays; plates; commemorative plates; saucers; bowls; cups; decanters; sign boards of porcelain, terracotta, glass, china or earthenware; perfume bottles sold empty; perfume sprayers sold empty and burners; salad bowls; salt cellars and shakers; coffee and tea services in the nature of tableware; table utensils, namely, servingware for serving food

CLASS 35: Advertising; business management; business administration; providing office functions; advertising via the Internet; provision of advertising space by electronic means and

Director of the United States
Patent and Trademark Office

global information networks; provision of space on web sites for advertising goods and services; organisation, arrangement and conducting of exhibitions and events for commercial or advertising purposes; promotional services relating to loyalty award programmes, incentive award programmes and frequent buyer programmes of others; organisation, operation and supervision of incentive and loyalty programmes and frequent buyer programmes to promote the sale of the products and services of others; business management of sports players, namely, footballers; retail store services featuring cleaning preparations, soaps, perfumery, fragrances, toilet waters, after-shave lotions, eau de cologne, antiperspirants, deodorants for personal use, deodorant soaps for body and feet, shower and bath preparations, bath gels, bath powders, bath salts, bath foams, shower gels, toiletries, shaving preparations, beauty care products and preparations, body care products and preparations, skin care preparations, oils, creams and lotions, candles, badges, vehicle badges, signs, plaques, number plates, ornaments, figurines, statues and statuettes, money boxes, trophies, key rings and key chains, cutlery, razors, razor blades, shavers, shaving cases, manicure and pedicure implements and sets, scissors, penknives, apparatus for receiving, recording and downloading sounds and images, digital communications apparatus and instruments, televisions, radios, audio and video recording and playing apparatus, CD players, DVD players, DVD recorders, digital audio players, MP3 players and MP3 readers, audio and/or video file recorders and/or players, headphones, earphones, audio recordings, video recordings, audio and video recordings, recorded programmes for television and for radio on optical, digital or magnetic media or downloadable, motion picture films, animated cartoons recorded on optical, digital or magnetic media or downloadable, compact discs featuring sport and sport-related events and activities, DVDs and other digital recording media featuring sport and sport-related events and activities, downloadable and streamable audio and video recordings, downloadable and streamable ring tones, music, sound recordings, MP3s, graphics, computer games and video images, screen savers, downloadable electronic publications, publications in electronic format, electronic books and electronic book readers, cameras and video cameras, covers and cases for cameras and video cameras, covers and cases for photographic apparatus and instruments, video projectors, video screens, exposed camera film, digital photo frames, anti-dazzle shades, glasses and visors, binoculars, eye glasses, spectacles and sunglasses and cases, chains, cords and frames therefor, optical goods, holograms, computers, portable computers, covers and cases for portable computers, laptop computers, tablet computers and personal digital assistants and parts and accessories therefor, covers and cases for laptop computers, tablet computers and personal digital assistants, computer hardware and parts and fittings therefor, computer peripherals, mouse mats and wrist pads, computer mice, keyboard and screen covers, customised computer disks and CD-ROMs, computer software, application software, application software for mobile communication devices, computer games programs, video games software, games for video game machines, pre-recorded games on CD, software and any other recording media, blank electronic storage media, blank memory cards, customised storage boxes for electronic storage media and CDs and DVDs and disks, communications and telecommunications apparatus and equipment, telephones and telephone apparatus, mobile phones and smart phones, transmitters and receivers for mobile phones and smart phones, covers and cases for mobile phones and smart phones, straps for mobile phones and smart phones, fascia for mobile phones and smart phones, holders for mobile phones and smart phones, chargers for mobile phones and smart phones, speakers, headsets, hands-free-kits for mobile phones and smart phones, software for mobile phones and smart phones, downloadable sounds and graphics media files for mobile phones and smart phones, data input devices and blank digital media storage for mobile phones and smart phones, smart cards, telephone cards, encrypted smart cards, encoded smart cards, magnetic identity cards, time recording apparatus, decorative magnets, batteries, battery chargers, articles of protective clothing, footwear and headgear, protective helmets, sports helmets, lights, electric Christmas tree lights, light fittings, luminaires, lamps, lampshades, lampshade holders, light diffusers, electric torches, pocket torches, torches for lighting, electric kettles, electric coffee-making machines, electric tea making machines, coffee roasting machines, hairdryers, vehicles, parts and fittings for vehicles, land vehicles and motor land vehicles and parts, components and fittings therefor, bicycles, cycles, and parts, components and fittings therefor, bells for bicycles, bells for cycles, carriers for bicycles, carriers for cycles, carriers for luggage, golf bag trolleys, golf carts, pumps for inflating tyres, seat covers and/or shaped covers for vehicle, sledges, tyres, visors for vehicle screens, precious metals and their alloys, jewellery, watches and clocks, watch straps, costume jewellery, earrings, keys and key rings, key blanks and key chains, trinkets and fobs, pins and pendants, jewellery charms, cases and boxes, busts

and statues, flasks and goblets, hat and shoe ornaments, works of art of metal, stone, paper or cardboard, napkin holders and napkin rings, tankards, vases, salt cellars and salt shakers, tie pins and clips, cuff links, costume jewellery, silver ornaments, medals, watch straps, musical instruments, printed matter, photographs, stationery, adhesives for stationery or household purposes, artists' materials, paint brushes, office requisites, instructional and teaching material, newspapers, magazines, periodical publications, books, programme binders, manuals, writing or drawing books and pads, playing cards, cards, birthday cards, greeting cards, postcards, tickets, timetables, note pads and note books, albums, photograph albums, address books, holders, cases and boxes for pens, jotters, pens and pencils, pencil and pen holders, wooden pen sets, erasers and erasing products, pencil sharpeners, rulers, booklets, book markers and book ends, posters, letter trays, calendars, paper weights and paper clips, gift bags and bags for packaging, gift wrap, gift tags and packaging paper, envelopes, folders, labels, seals, and scrap books, carrier bags, prints and pictures, paper knives, poster magazines, signs and advertisement boards, tapes and dispensers diaries, pads of paper, stickers and stencils, beer mats, coasters, catalogues, decalcomanias, transfers and diagrams, drawing instruments and materials, paint boxes and brushes, patterns and embroidery design, paper towels and handkerchiefs, flags, place mats, graphic prints, portraits, table cloths and napkins, prints, poster magazines, leather and imitations of leather, trunks and travelling bags, umbrellas, suitcases, school bags and satchels, back packs and beach bags, umbrella covers, duffel bags, boot bags, holdalls, wallets, bags, cases, key cases, purses, boxes, pouches, credit card holders, attache cases and brief cases, collars and covers for animals, leads and leashes, furniture, mirrors, picture frames, key rings, locks, plaques, mirrors, headboards being furniture, works of art of wood, wax, plaster or plastic, sleeping bags for camping, baskets, bins, display stands and boards, sign boards, placards, decorative wall plaques, bottle caps and casings, bottle racks, corks for bottles, containers, cases and boxes, busts, chairs, tables, clothes hooks, coat hangers, cupboards, curtain tie backs, pillows and cushions, sofas and settees, deck chairs, decorations for foodstuffs, divans, decorative mobiles, stools, trays, drinking straws, statues and figurines, house numbers, jewellery cases and caskets, name plates and number plates, statuettes, sculptures in the nature of model stadia, household or kitchen utensils and containers, glassware, porcelain, pottery and earthenware, domestic utensils, domestic containers, chinaware, drinking glasses, mugs, wine glasses, glass tumblers, money boxes, toothbrushes and toothbrush holders, beer mugs, heat insulated containers for beverages, bins, bottle openers, bottles, drinking bottles, plastic sports bottles, insulated bottle sleeves and portable coolers for beverages and food, boxes, plaques, ornaments, statues, statuettes, figurines, works of art, trophies of porcelain, terracotta, glass, china or earthenware, dishes, soap boxes and holders, drinking straws, piggy banks, pots, drinking vessels and flasks, vacuum flasks, tankards, goblets, tea pots, egg cups, storage jars, jugs, table place card holders, shaving brushes, shaving brush stands and holders, vases, candy boxes, coasters, coffee services and coffee pots, cooking pots and utensils, corkscrews, non-electric coolers for food and drinks, crockery, plates, commemorative plates, saucers, dishes, bowls, cups, decanters, sign boards, perfume bottles, salt cellars and shakers, tableware, table utensils, decorative objects made of glass, ceramic, china, earthenware or porcelain, buckets, boxes, plaques, ornaments, statues, statuettes, figurines, trophies, sculptures and works of art of pewter ware, tents, awnings, sacks and bags, bags for the storage of tents, hammocks, vehicle covers, textiles and household textile goods, bed and table covers, curtains, towels, flannels, banners, flags, pennants, beach towels, valances, sheets, duvet covers, bath and bed linen, table and household linen, bed blankets, cloths and covers, bed spreads, bunting, coasters, covers for furniture, handkerchiefs, labels, mats, mattress covers, fabrics, pillow cases and pillow shams, covers for cushions, quilts, rugs, runners, napkins and serviettes, sleeping bags, table cloths, textile wall hangings, clothing, footwear, headgear, articles of outer clothing, articles of sports clothing, leisurewear, articles of underclothing, lingerie, hosiery, footwear being articles of clothing, boots, shoes, underwear, coats, earmuffs, football boots and shoes, studs for football boots and shoes, shirts, shorts, T-shirts, socks, sweaters, replica football kits, football shirts, football shorts, football socks, caps, hats, scarves, jackets, dressing gowns, pyjamas, sandals, slippers, boxer shorts, beach clothes and shoes, baby boots, bibs, romper suits, baby pants and sleep suits, dungarees, braces, belts, wrist bands, track suits, ties, aprons, bathrobes, bathing caps and suits, bathing trunks, galoshes, gloves and mittens, headbands, jerseys, jumpers and knitwear, leggings, clothes linings, parkas, shawls, singlets, skirts, uniforms, vests, visors, waistcoats, waterproof clothing, lace and embroidery, ribbons and braid, buttons, badges, rosettes, patches, hairbands and slides, belt clasps, clothing fasteners, hairgrips, hair and shoe

ornaments, numerals or letters for marking linen, namely, numerals or letters for affixing to textiles, brooches, edging for clothing, competitors' numbers of textile or non-textile materials, fancy goods, namely, embroidery, frills for attachment to clothing, fringes, lanyards for wear, novelty miniature football kits, novelty miniature football shorts, novelty miniature football shirts, novelty miniature football jerseys, carpets, rugs, mats and matting, materials for covering existing floors, non-textile wall hangings, wallpaper, games and playthings, gymnastic and sporting articles, decorations for Christmas trees, toys, party novelty hats, shin guards, gloves for games, balloons, balls, playing balls, footballs, teddy bears, playing cards, Christmas crackers, synthetic Christmas trees and stands, cups for dice, darts, dice, dolls and dolls' clothes, tables for indoor football, golf bags and gloves, novelty toys for playing jokes, spinning tops, kites, knee guards and protective padding, marbles, marionettes and puppets, skateboards, costume masks, rattles, roller skates, in-line skates, exercise apparatus, jellies, jams, dairy products, cocoa butter and peanut butter, fruit and vegetable chips and crisps, fruit jellies and fruit products, preserved and conserved jams and marmalades, vegetable juices, coffee, tea, cocoa, sugar, artificial coffee, flour and preparations made from cereals, bread, pastry and confectionery, ices, honey, treacle, chocolate, cocoa-based and flavoured beverages, biscuits, bread buns and cakes, edible candy, chewing gum, confectionery for decorating Christmas trees, cocoa and coffee products, popcorn, breakfast cereals, ice cream and ice cream products, cake decorations and edible ices, ketchup, sherbets and sorbets, spaghetti, sugar products, tarts, waffles, beers, mineral and aerated waters and other non-alcoholic drinks, fruit drinks and fruit juices, syrups and other preparations for making beverages, alcoholic beverages, spirits, wines, fortified wines, alcopops, brandy, champagne, cider, cognac, digestifs, gin, liqueurs, port, rum, sherry, distilled blue agave liquor, vermouth, vodka, aperitifs, cocktails, mixtures of wine and fruit flavourings, punch, lighters, matches

The mark consists of a stylized devil character with a tail and holding a trident.

PRIORITY DATE OF 08-24-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1431242 DATED 02-22-2018, EXPIRES 02-22-2028

SER. NO. 79-244,191, FILED 02-22-2018

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,303,910**

**Registered Oct. 10, 2017**

**Int. Cl.: 16, 18, 25**

**Trademark**

**Principal Register**

MANCHESTER UNITED LIMITED (UNITED KINGDOM COMPANY)
Sir Matt Busby Way Old Trafford
Manchester M16 0ra
UNITED KINGDOM

CLASS 16: Photographs; stationery; paint brushes; printed instructional and teaching materials in the field of sports; newspapers, magazines and periodical publications in the field of sports; books in the field of sports; binders; programme binders; manuals featuring information in the field of sports; blank writing books and pads; drawing books and pads; blank cards; birthday cards; greeting cards; postcards; printed tickets; notepads, note books; sticker albums; photograph albums; photo engravings; address books; autograph books; ephemera, namely, autographs of famous individuals; almanacs; diaries; personal organisers; pens; pencils; holders, cases and boxes for pens and/or pencils; erasers; pencil sharpeners; drawing rulers; book markers; book ends; posters; calendars; paper weights; paper clips; paper gift tags; paper gift bags; paper and plastic bags for packaging; paper gift wrap; paper for wrapping and packaging; envelopes; folders, paper labels; comic books; scrap books; score charts for displaying data; charts for displaying data about human height; carrier bags of paper and plastic; ink for pens, inkwells; paper knives; poster magazines; paper and cardboard signs; paper and cardboard advertisement boards; adhesive tape, dispensers for adhesive tape for stationery or household purposes; beer mats of paper; catalogues in the field of apparel; trading cards; collectable trading cards; stickers and transfers; decalcomanias; printed certificates; printed menus; printed gift vouchers; paint boxes; patterns and embroidery design patterns; print engravings and etchings; place mats, coasters, table cloths, napkins, towels, handkerchiefs, all made from paper; paper flags and pennants; paper banners; place mats and coasters of cardboard; prints and pictures; art prints; graphic art prints, graphic art representations and graphic art reproductions; portraits; money clips

CLASS 18: Leather and imitation leather bags; trunks and travelling bags; umbrellas; luggage; travel cases; suitcases; garment bags for travel; bags for sports; messenger bags; school bags and satchels; back packs; rucksacks; beach bags; sports bags; athletic bags; gym bags; boot bags; duffel bags; holdalls; toilet bags sold empty; briefcases; wallets; purses; key cases; pouches of leather and textile; credit card cases and holders; collars and covers for animals; laces, leads and leashes, all made from leather

CLASS 25: Clothing, namely, sports shirts, tops, bottoms; footwear, headwear; articles of sports clothing, namely, sports jerseys, sports vests, sports pants; soccer uniforms; articles of underclothing; lingerie; hosiery; footwear being articles of clothing; boots; shoes; underwear; coats; overalls; collars; ear muffs; soccer boots and shoes; studs for soccer boots and shoes;

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

shirts; shorts; T-shirts; socks; sweaters; replica soccer kits comprised of shirts, shorts and socks; soccer shirts; soccer shorts; soccer socks; caps; hats; scarves; jackets; dressing gowns; pyjamas; sandals; slippers; boxer shorts; swimwear; beach shoes; baby boots; cloth bibs; rompers; baby pants and sleep suits; dungarees; braces; belts; berets; wrist bands; track suits; ties; cravats; aprons; bathrobes; bathing caps and suits; bathing trunks; galoshes; garters; gloves and mittens; headbands; jerseys; jumpers; knit tops; leggings; finished textile linings for garments; parkas; shawls; singlets; skirts; uniforms; vests; visors; waistcoats; waterproof coats and jackets, waterproof trousers

The mark consists of a crest with the wording "MANCHESTER UNITED" located on the top of the crest and "FOOTBALL CLUB" located at the bottom of the crest with an image of a ship on top of a devil holding a pitchfork located in the center of the crest and a soccer ball placed to the left and right of the crest, both inside of a circle. The words "MANCHESTER UNITED" and "FOOTBALL CLUB" each appear within a curved band featuring an ornamental border.

OWNER OF INTERNATIONAL REGISTRATION 1325186 DATED 07-29-2016, EXPIRES 07-29-2026

No claim is made to the exclusive right to use the following apart from the mark as shown: "MANCHESTER" AND "FOOTBALL CLUB"

SER. NO. 79-198,897, FILED 07-29-2016

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,809,198**

**Registered Jul. 23, 2019**

**Int. Cl.: 14, 18, 25**

**Trademark**

**Principal Register**

Manchester United Football Club Limited (UNITED KINGDOM Limited Company )
Sir Matt Busby Way
Old Trafford, Manchester M16 0ra
UNITED KINGDOM

CLASS 14: Precious metals and their alloys; jewellery; precious stones; watches and clocks; watch straps; presentation boxes for watches; costume jewellery; imitation jewellery; semi-precious stones; rings; ear rings; bracelets; brooches; necklaces; key rings and key chains and charms therefor; decorative key fobs; key holders of precious metals; pins being jewellery; pendants; jewellery charms; lapel pins; tie pins; tie clips; cuff links; jewellery cases; badges, key rings and key chains, cases, boxes, works of art, busts, statues and trophies, all being made wholly or principally of precious metal and their alloys or coated therewith; collectible and commemorative coins; copper tokens being commemorative; silver ornaments in the nature of jewellery; commemorative medals and medallions; parts and fittings for all of the aforesaid goods

CLASS 18: Leather and imitations of leather; trunks and travelling bags; umbrellas, parasols; articles of luggage; travel cases; suitcases; garment bags for travel; all-purpose carrying bags; school bags and satchels; back packs; rucksacks; beach bags; sports bags; athletic bags; gym bags; boot bags for travel; duffel bags; holdalls; textile shopping bags; toilet bags sold empty; wash bags for carrying toiletries sold empty; valises; attaché cases; brief cases; wallets; purses; key cases; pouches made out of cloth; credit card cases and holders; umbrella covers; bands and straps of leather; leather shoe and boot linings; collars and covers for animals; clothing for animals; leather laces; leads for animals and leashes for animals; parts and fittings for all of the aforesaid goods

CLASS 25: Clothing, namely, sports shirts, tops, bottoms; footwear, headwear; articles of sports clothing, namely, sports jerseys, sports vests, sports pants and sports uniforms; replica football clothing kits comprised of football shirts, football shorts and football socks; football shirts; football shorts; football socks; tracksuits; training clothing, namely, sweatshirts and sweatpants; training pants; sweatshirts; sweatpants; jackets; coats; parkas; fleeces; shirts; t-shirts; vests; singlets; blouses; knitwear; jerseys; jumpers; sweaters; cardigans; hooded tops; shawls; waistcoats; suits; trousers; jeans; pants; dungarees; shorts; leggings; skirts; ties; underwear; boxer shorts; nightwear; pyjamas; night shirts; dressing gowns; bathrobes; swimwear; swim suits; bathing trunks; bathing caps; hosiery; socks; gloves; mittens; scarves; ear muffs; wristbands; headbands; belts; braces; aprons; collars; articles of clothing for babies and children, namely, sports shirts, tops and bottoms; footwear and headwear for babies and children; bodysuits; romper suits; baby pants; sleep suits; bibs; baby boots; footwear being

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

articles of clothing; boots; shoes; sandals; slippers; galoshes; sports shoes; training shoes; football boots and shoes; studs for football boots and shoes; fittings of metal for boots and shoes; hats; caps being headwear; berets; visors being headwear; ready-made clothes linings; uniforms; waterproof clothing, namely, waterproof jackets and pants

The mark consists of the letters "MUFC" configured into the design of a soccer player kicking a ball.

PRIORITY DATE OF 08-24-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1419397 DATED 01-19-2018, EXPIRES 01-19-2028

SER. NO. 79-239,307, FILED 01-19-2018

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,899,493**

**Registered Nov. 05, 2019**

**Int. Cl.: 24, 25, 26**

**Trademark**

**Principal Register**

Manchester United Football Club Limited (UNITED KINGDOM Limited company )
Sir Matt Busby Way,
Old Trafford, Manchester M16 0ra
UNITED KINGDOM

CLASS 24: Textile goods, namely, household linen; curtains; towels; banners of textile and plastic; flags and pennants of textile and plastic; duvet covers; bath linen; bed linen; bed blankets; bed spreads; pillow cases and pillow shams; covers for cushions

CLASS 25: Clothing, namely, tops and bottoms; footwear; headwear; articles of sports clothing, namely, sports jerseys, sports vests, sports pants; articles of sports clothing, namely, soccer uniforms; underclothing; footwear being articles of clothing; boots; shoes; underwear; coats; footwear, namely, soccer boots and shoes; shirts; shorts; T-shirts; socks; sweaters; articles of sports clothing, namely, replica soccer kits comprised of shirts, shorts and socks; articles of sports clothing, namely, soccer shirts, soccer shorts, and soccer socks; caps being headwear; hats; scarves; jackets; dressing gowns; pyjamas; sandals; slippers; boxer shorts; beach clothes and beach shoes; baby boots; baby bibs, not of paper; romper suits; baby pants and sleep suits; belts; wrist bands as clothing; track suits; ties as clothing; bathrobes; bathing suits; bathing trunks; gloves; headbands; jerseys; jumpers; knitwear, namely, knit tops; leggings; skirts; uniforms; vests; waterproof clothing, namely, waterproof coats and jackets, waterproof trousers

CLASS 26: Badges for wear, namely, ornamental novelty badges; ornamental novelty badges of textile materials; embroidered ornamental novelty badges

The color(s) red, yellow and black is/are claimed as a feature of the mark.

The mark consists of a yellow shaded shield outlined in black in the center. Above and below are semi-circular red shaded banners, outlined with a yellow line and black line. There are yellow shaded stylized ribbons outlined in black attached to the banners. In the middle of the mark and on either side of the shaded yellow shield are two stylized soccer balls in yellow with red detailing, each inside a shaded yellow circle that is outlined in black. The white in the mark represents transparent areas and is not claimed as a feature of the mark.

OWNER OF INTERNATIONAL REGISTRATION 1421292 DATED 05-03-2018, EXPIRES 05-03-2028

SER. NO. 79-240,097, FILED 05-03-2018

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.